**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
**FILED**

AUG 19 2004

CLERK, U.S. DISTRICT COURT
By _____
Deputy

| | |
|---|---|
| Brian Harness d/b/a | ) |
| Brian Harness Photography, | ) |
|     Plaintiff, | ) |
|     v. | ) |
| | ) |
| John J. Wilson, | ) |
| Intervest-Bradford IV, Ltd. | ) |
| Intervest-Centurion, LLC | ) |
| Bradford Homesuites Development, LTD. | ) |
| and  Intervest-Bradford, LTD., | ) |
|     Defendants. | ) |

Civil Action No:

**Original Complaint:**

**Copyright Infringement**

**3 0 4 C V 1 8 1 7   B**

**JURY DEMANDED**

## PLAINTIFF'S ORIGINAL COMPLAINT

1.     Plaintiff, Brian Harness d/b/a Brian Harness Photography ("**Harness**" or "**Plaintiff**"),

for his complaint against Defendants, John J. Wilson ("Wilson"), Intervest-Bradford IV, Ltd.

("**IB4**"), Intervest-Centurion, LLC. ("**Centurion**"),  Bradford Homesuites Development,

LTD. ("**Development**"), and  Intervest-Bradford, LTD. ("**IBLTD**"), and collectively called

"Defendant," alleges:

### JURISDICTION/VENUE

2.     This claim arises under the copyright laws of the United States, 17 U.S.C. 101 *et. seq.*,

(hereinafter the Copyright Act.).

3.     Subject matter and personal jurisdiction is vested in this Court pursuant to 28 U.S.C.

1338.   Additionally, this Court has subject matter jurisdiction under 28 U.S.C. 1331

inasmuch as this claim arises under the copyright laws of the United States. Venue in this

judicial district is proper pursuant to 28 U.S.C. 1400(a) and 28 U.S.C. 1391(b) and (c).

## THE PARTIES

4. **Plaintiff**, is an individual citizen of Texas engaged in the business of professional photography, and who resides and has a principal place of business in Dallas, Dallas County, Texas

5. **Wilson** is an individual residing in Dallas County, Texas, and may be served with notice of this suit at his office, 4131 CENTURION WAY, DALLAS, TX 75244-2312.

6. **IB4** is a Texas limited partnership in the business of establishing or operating hotels in and around Dallas, Texas. It may be served with citation at 4131 CENTURION WAY, DALLAS, TX 75244-2312 upon its registered agent, JOHN J WILSON.

7. **Centurion** is a Texas limited liability company in the business of establishing or operating hotels in and around Dallas, Texas. It may be served with citation at 4131 CENTURION WAY, DALLAS, TX 75244-2312 upon its registered agent, JOHN J WILSON.

8. **Development** is a Texas limited partnership in the business of establishing or operating hotels in and around Dallas, Texas. It may be served with citation at 4131 CENTURION WAY, DALLAS, TX 75244-2312 upon its registered agent, JOHN J WILSON.

9. **IBLTD** is a Texas limited partnership in the business of establishing or operating hotels in and around Dallas, Texas. It may be served with citation at 4131 CENTURION WAY, DALLAS, TX 75244-2312 upon its registered agent, JOHN J WILSON.

---

## INTRODUCTORY FACTS

10.   Harness is a professional photographer, and is the author (photographer) of, and at all times relevant to this claim, has been and is now the sole owner and proprietor of all right, title and interest in and to the copyrights in certain collections of photographs known as *"Photographs 2000 Vol. 1"*   One photograph within this collection was originally created by Plaintiff for advertising use by the architect of the structure **(Exhibit 1)**.

11.   Harness has complied in all respects with Title 17 of the United States Code (Copyright Act of 1976) and all other United States laws governing copyrights, and has secured the exclusive rights and privileges in and to the copyrights to the above-described photographs.

12.   Harness owns certain rights in and to Copyright Registration Number VAu 492-275 issued by the U. S. Registrar of Copyrights in Washington, D.C. for photographs within said collection of images deposited with and covered by said registration **(Exhibit 2).**

13.   Harness's copyrights in the above-described work is presently valid and subsisting, and was valid and subsisting from the moment of its creation in the year 2000, and all conditions precedent to the filing of this suit have occurred.

## INFRINGEMENT FACTS

14.   On or about August 20, 2003, Harness became aware that Defendants had, without authorization, made one of his images accessible to many Internet travel websites, advertising the availability of their hotel rooms for rent **(Exhibit 3, listing of URLs)**.

15.     Plaintiff hired an attorney, who, on January 30, 2004, demanded that Defendants cease and desist form their use of Harness' copyrighted image **(Exhibit 4)**. Defendants however, failed or refused to do so, and Harness was forced to demand that dozens of Internet hotel reservation websites cease and desist pursuant to the Digital Millenium Copyright Act **(Exhibit 5, sample letter).**

## CAUSES OF ACTION

16.     Thus, for many months, and without Plaintiff's authorization, Defendants have willfully infringed Plaintiff's copyrights in and to the above-described image by publishing and/or otherwise using, and/or by scanning, copying, and/or reproducing unauthorized copies of said photographs within the United States.

## CAUSATION/DAMAGES

17.     As a direct and proximate result of Defendants' above-described acts of copyright infringement, Harness has sustained actual damages in an amount not yet ascertained, but which is believed to be in excess of $100,000. Such actual damages include, but are not limited to, lost profits and/or lost licensing revenue, research time tracking down and documenting the infringements, and attorney time spent placing joint infringers on notice of the infringements under the DMCA, and getting the image removed from many dozens of servers and web sites.

## RELIEF REQUESTED

18.     Harness demands an accounting by Defendants of their activities in connection with their infringements of his copyrights in and to the above-described and attached photograph, as well as their gross profits and income derived therefrom.

19.     Harness is entitled and seeks to recover actual damages plus the profits of Defendants attributable to the infringements.

20.     Alternatively, because the image was registered prior to Defendants' infringements, Harness is entitled to and seeks to recover statutory damages up to but not exceeding $150,000 (One Hundred Fifty Thousand Dollars), plus reasonable and necessary attorneys fees.

## HARNESS DEMANDS JUDGMENT AS FOLLOWS:

21.     Defendants, their agents, employees and/or servants be enjoined *pendente lite* and permanently from infringing Harness' copyright in any manner whatsoever, and from publishing through any visual media, and from selling, marketing or otherwise distributing any of his images;

22.     That Defendants be required to deliver up, under oath, for impounding during the pendency of this action, and for destruction thereafter, *all images* which infringe Harness' copyrights, and all prints, film negatives, magnetic tapes, digitally scanned and/or stored images, and all other articles by means of which such infringing copies may be reproduced, which are in the possession or under the direct or indirect control of Defendants;

23.     That Defendants be required to pay over to Harness his actual damages sustained, in addition to all their profits attributable to the infringements, and which are not taken into account in computing Harness' actual damages incurred as a result of Defendants' copyright infringements described herein;

24.     That Defendants provide an accounting of all gains, profits and advantages derived by them as a result of the willful and unlawful acts of copyright infringement above-described;

25.     That  Defendants pay to Harness his costs and attorney's fees;  and

26.     That Harness have such other and further relief as this court shall deem just and proper.

**Plaintiff, Brian Harness d/b/a Brian Harness Photography, demands a jury trial in this cause of action.**

Respectfully submitted,

DANA LEJUNE
TBA #12188250
3006 BRAZOS STREET
Houston, Texas  77006
(713) 942-9898
(713)942-9899 Facsimile
ATTORNEY FOR PLAINTIFF,
BRIAN HARNESS D/B/A
BRIAN HARNESS PHOTOGRAPHY

---



The Bradford at Lincoln Park

PLAINTIFF'S
EXHIBIT
1

# CERTIFICATE OF REGISTRATION



**OFFICIAL SEAL**

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

**REGISTER OF COPYRIGHTS**
United States of America

**FORM VA**
For a Work of the Visual Arts

**VAu 492-275**

VA / VAU
**EFFECTIVE DATE OF REGISTRATION**
JUN 14 2000
Month   Day   Year

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**
**TITLE OF THIS WORK ▼**
PHOTOGRAPHS 2000 VOL. I

**NATURE OF THIS WORK ▼** See Instructions
PHOTOGRAPHS

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.   **Title of Collective Work ▼**

If published in a periodical or serial give:   **Volume ▼**   **Number ▼**   **Issue Date ▼**   **On Pages ▼**

**2**
**a**
**NAME OF AUTHOR ▼**
BRIAN HARNESS

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼
1958

**Was this contribution to the work a "work made for hire"?**
☐ Yes
☒ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of ▶ U.S.A.
{ Domiciled in ▶ U.S.A.

**Was This Author's Contribution to the Work**
Anonymous?   ☐ Yes   ☒ No
Pseudonymous?   ☐ Yes   ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Check appropriate box(es). **See Instructions**
☐ 3-Dimensional sculpture   ☐ Map   ☐ Technical drawing
☐ 2-Dimensional artwork   ☒ Photograph   ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work

**b**
**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

**Was this contribution to the work a "work made for hire"?**
☐ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of ▶
{ Domiciled in ▶

**Was This Author's Contribution to the Work**
Anonymous?   ☐ Yes   ☐ No
Pseudonymous?   ☐ Yes   ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Check appropriate box(es). **See Instructions**
☐ 3-Dimensional sculpture   ☐ Map   ☐ Technical drawing
☐ 2-Dimensional artwork   ☐ Photograph   ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**3**
**a**
**Year in Which Creation of This Work Was Completed**
2000 ◄ Year
**This information must be given in all cases.**

**b**
**Date and Nation of First Publication of This Particular Work**
Complete this information ONLY if this work has been published.
Month ▶   Day ▶   Year ▶   ◄ Nation

**4**
**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
BRIAN HARNESS
6009 CHALET COURT APT 3115
DALLAS TX 75205

See instructions before completing this space.

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

**APPLICATION RECEIVED**
JUN 14 2000
**ONE DEPOSIT RECEIVED**
JUN 14 2000
**TWO DEPOSITS RECEIVED**
**FUNDS RECEIVED**
DO NOT WRITE HERE OFFICE USE ONLY

**MORE ON BACK ▶**   • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of _____ pages

**PLAINTIFF'S EXHIBIT 2**

EXAMINED BY

CHECKED BY

☐ CORRESPONDENCE
   Yes

FORM VA

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼          Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

**6**
a

See instructions
before completing
this space.

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

Architectural photographs. There are 175 photographs in this compilation.

b

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                    Account Number ▼

**7**

a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/ZIP ▼

BRIAN HARNESS
6009 CHALET COURT APT 3115
DALLAS TX 75205

b

Area code and daytime telephone number ▶ (214) 739-4488          Fax number ▶ (    )

Email ▶ bharness@airmail.net

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the
                                        ☒ author
check only one ▶              ☐ other copyright claimant
                                        ☐ owner of exclusive right(s)
                                        ☐ authorized agent of  BRIAN HARNESS
                                            Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
BRIAN HARNESS                                            Date▶ MAY 12, 2000

Handwritten signature (X) ▼

X    _Brian Harness_

Certificate
will be
mailed in
window
envelope
to this
address:

Name ▼
BRIAN HARNESS

Number/Street/Apt ▼
PO BOX 70

City/State/ZIP ▼
TOLAR TX 76476

• Complete all necessary spaces
• Sign your application in space 8

1. Application form
2. Nonrefundable filing fee in check or money
   order payable to Register of Copyrights
3. Deposit material

As of July 1, 1999,
the filing fee for
Form VA is $30.

Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

**9**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.
June 1999—100,000
WEB REV: June 1999

♻ PRINTED ON RECYCLED PAPER

☆U.S. GOVERNMENT PRINTING OFFICE: 1999-454-879/71

**MSN.COM**

Microsoft Corp
One Microsoft Way
Redmond, WA 98052
425 882 8080

http://www.eshop.msn.com/eshopframe.aspx?merchId=2489&catId=799&u=http%3a%2f%2fwww.ex
pedia.com%2fpubspec%2fscripts%2feap.asp%3fGOTO%3dDAILY%26Page%3d%2fdeals%2fhotel%
2fdfw%2fdefault.asp%26eapid%3d7209-1

PHOTO STORED HERE:
http://media.expedia.com/hotels/1000000/490000/480800/480790/480790_1_t.jpg

**YAHOO.COM**

Yahoo! Inc.
701 First Avenue
Sunnyvale CA 94089
domainadmin@yahoo-inc.com
+1.4083493300 Fax- +1.4083493301

http://search.travel.yahoo.com/bin/search/hotel?olddestid=191502014&oldlocation=Dallas&oldattra
ction=&.bail=http%3A%2F%2Fsearch.travel.yahoo.com%2Fbin%2Fsearch%2Fhotel%3Fdestid%3D
191502014%26state%3dDTX%26city%3dDallas%26snap%3D1&location=Dallas&price=&type=&n
ame=bradford

http://search.travel.yahoo.com/bin/search/hotel?olddestid=&oldlocation=&oldattraction=&.bail=http
%3A%2F%2Ftravel.yahoo.com%2Fp-hotel-
191500002&location=dallas%2C+tx&price=&type=&name=bradford+lincoln+park

http://search.travel.yahoo.com/bin/search/hotel?location=dallas&type=&price=&name=bradford+linc
oln+park&olddestid=&oldlocation=&interested=&.bail=http%3A%2F%2Ftravel.yahoo.com%2Fp-
hotel-191500002&destid=191502014&submit=Select

http://travel.yahoo.com/p-hotel-494370-bradford_at_lincoln_park-i

PHOTOS STORED HERE
http://us.i1.yimg.com/us.yimg.com/i/travel/hg/tcy_mmh/7d/150x150_7d28362ea8a29e91eb4201a40
ae34cb1.jpg

http://us.i1.yimg.com/us.yimg.com/i/travel/hg/tcy_mmh/7d/100x100_7d28362ea8a29e91eb4201a40
ae34cb1.jpg

**AOL.COM**

America Online, Inc.


PLAINTIFF'S
EXHIBIT
**3**

22000 AOL Way
Dulles, VA 20166
703 265 4670
domains@aol.net

http://webcenter.res.travelocity.aol.com/hotel/HotelAvailability.do?SEQ=10794892744002162004

PHOTO STORED HERE
http://rg.travelocity.com.edgesuite.net/batb-v/pics/VE/VE-053434-S-W100-H080.jpg

**COMPUSERVE.COM**

CompuServe Interactive Services, Inc.
5000 Arlington Centre Blvd
Columbus, OH 43220
Tel. 614 457 8600
Fax. 614 457 0348
Email: domains@aol.net

http://cssvc.res.travelocity.compuserve.com/hotel/HotelAvailability.do?SEQ=10790259970722112004

PHOTO STORED HERE
http://rg.travelocity.com.edgesuite.net/batb-v/pics/VE/VE-053434-S-W100-H080.jpg

**NETSCAPE.COM**

Netscape Communications Corporation
466 Ellis Street
Mountain View, CA 94043
Tel. 650 937 3216
Email: domains@aol.net

http://webcenter.res.travelocity.netscape.com/hotel/HotelAvailability.do?SEQ=10794898555532162004

PHOTO STORED HERE
http://rg.travelocity.com.edgesuite.net/batb-v/pics/VE/VE-053434-S-W100-H080.jpg

**TRAVELOCITY.COM**

Travelocity.com LP
3150 Sabre Dr.
MD 9416
Southlake, TX 76092

http://res.travelocity.co.uk:80/hotsdetail.ctl?ht_rr_key=SABRE%7C53434%7C%7C%7C%7C53434
%7CY%7C53434%7C%7CVE%7CGBP%7CNov%7C7%7CNov%7C9%7C2%7C1%7CY&ht_sabre_r
r_key=Nov%7C7%7CNov%7C9%7CGBP%2049.82%20--
%20%26nbsp%3bGBP%2093.97%7C1&ht_misc_key=1%7C1%7CY%7C%7CDFW%7CVE%7C534
34%7CSABRE&h
t_pt_key=&ht_info_key=The%20Bradford%20at%20Lincoln%20Park%7C8221%20N%20CENTR
AL%20EXPRESSWAY%20%7CDallas%20TX%2075225%7Cht_velogo.gif%7CVE%7C%7CDFW%
7C2.2%20mi%20%2f%203.5%20km&ht_pl_key=&search_name=DALLAS,%20TX,%20US&geo_c
d=-
96.7708,32.8613&last_pgd_page=hotsrqst.pgd&item_number=1&SEQ=1063503323580517091320
03&LANG=EN&l
ast_pgd_page=hotslist.pgd

http://travel.travelocity.com/hotel/HotelAvailability.do?SEQ=10794904080472162004

http://travel.travelocity.com/hotel/HotelLanding.do;jsessionid=8FF36C71854633CA37A45977436D
4D00.p0245?Service=YHOE&searchMode=propertyId&propertyId=53434&SID=T0016003600060
368217004517204521744506&SEQ=10794904705445330316204

http://travel.travelocity.com/hotel/HotelLanding.do;jsessionid=8FF36C71854633CA37A45977436D
4D00.p0245?Service=YHOE&searchMode=propertyId&propertyId=53434&SID=T0016003600060
368217004517204521744506&SEQ=10794905090123920316204

http://travel.travelocity.com/hotel/HotelAvailability.do?SEQ=10794905195342162004

http://res.travelocity.ca/hotscobrand.ctl?smls=Y&Service=YHOC&.intl=ca&.resform=YahooHotelsC
ity&mode=1&city=DALLAS&state=TX&ckin_dt_yr=2004&ckin_dt_mon=Apr&ckin_dt_dy=6&ck
out_dt_yr=2004&ckout_dt_mon=Apr&ckout_dt_dy=8&pax_cnt=1&rate_cat=&hot_chain=nopref
&distance=&prop_type=nopref&source=YH&hot_srch_name=BRADFORD&room_cnt=1


PHOTO STORED HERE
http://rg.travelocity.com.edgesuite.net/batb-v/pics/VE/VE-053434-M-W199-H160.jpg

http://rg.travelocity.com.edgesuite.net/batb-v/pics/VE/VE-053434-S-W100-H080.jpg

http://rg.travelocity.com.edgesuite.net/batb-v/pics/VE/VE-053434-S-W100-H080.jpg



**PEGS.COM**
**PEGSINC.COM**

Pegasus Solutions, Inc.
8350 North Central Expressway, Suite 1900Dallas, TX 75206

http://image.pegs.com/images/VE/SCB009/scb009_b1a.jpg

http://reservations.pegsinc.com/booker/AppLogic+booker.util.ImageBlob?brand=VE&pid=SCB009&i
mage_link=SCB009_B1A

http://reservations.pegsinc.com/booker/AppLogic%2Bbooker.util.ImageBlob?brand=VE&pid=SCB00

9&image_link=SCB009_B1A

http://reservations.pegsinc.com/cgibin/gx.cgi/AppLogic+booker.util.ImageBlob?brand=VE&pid=SCB009&image_link=SCB009_B1A

http://image.pegs.com/images/VE/SCB009/scb009_b1a.jpg

http://reservations.pegsinc.com/booker/AppLogic+booker.util.ImageBlob?brand=VE&pid=SCB009&image_link=SCB009_B1A

http://reservations.pegsinc.com/cgibin/gx.cgi/AppLogic+booker.util.ImageBlob?brand=VE&pid=SCB009&image_link=SCB009_B1A


**BYRATE.COM**
**HOTELS-RATES.COM**
**HOTELSHELP.COM**

Internet Programming, Inc
David Lurvey
5969 S Brightwater Trail
Springfield, MO 65810
Phone: 4178498921

BYRATE.COM
http://www.byrate.com/property_info/rww75/Dallas/TX/US/The_Bradford_at_Lincoln_Park/

PHOTO STORED HERE
http://image.pegs.com/images/VE/SCB009/scb009_b1a.jpg


HOTELS-RATES.COM
http://www.hotels-rates.com/hotels_reservations/property/42275/

PHOTO STORED HERE
http://image.pegs.com/images/VE/SCB009/scb009_b1a.jpg

HOTELSHELP.COM
http://www.hotelshelp.com/hotel_information/YLLCW/The_Bradford_at_Lincoln_Park/Dallas/TX

http://www.hotelshelp.com/hotel_information/42275/The_Bradford_at_Lincoln_Park/Dallas/TX

PHOTOS STORED HERE:
http://image.pegs.com/images/VE/SCB009/scb009_b1a.jpg


**GATE54.COM**

Isotope LLP
9 Green Park Station

Green Park Road
Bath, Somerset BA1 1JB
GB
+44.1225444674

http://www.gate54.com/north_america/US_TX/dallas/hotels/hotel_11241971.html

PHOTO STORED HERE:
http://reservations.pegsinc.com/booker/AppLogic%2Bbooker.util.ImageBlob?brand=VE&pid=SCB009&image_link=SCB009_B1A

**SNAPHOTELS.COM**

M Hemstreet
424 Bowen
Longmont, Colorado 80501
(303) 774-9556

http://www.snaphotels.com/tx/dallas/the-bradford-at-lincoln-park.htm

http://snaphotels.com/tx/dallas/the-bradford-at-lincoln-park.htm

PHOTOS STORED HERE:
http://reservations.pegsinc.com/cgibin/gx.cgi/AppLogic+booker.util.ImageBlob?brand=VE&pid=SCB009&image_lin
k=SCB009_B1A

http://reservations.pegsinc.com/cgibin/gx.cgi/AppLogic+booker.util.ImageBlob?brand=VE&pid=SCB009&image_lin
k=SCB009_B1A

**DALLASTEXASHOTELS.US**
**KEYWORDHOTELS.COM**
**ONETRAVELSOURCE.COM**
**TODAYSTRAVEL.COM**

Patrick Noennig
OneTravelSource.Com, Inc.
5409 Overseas Hwy, Suite 112
Marathon FL 33050
3057437430

http://www.dallastexashotels.us/hotels_info/Dallas/TX/US/11241971/

PHOTO STORED HERE
http://reservations.pegsinc.com/booker/AppLogic+booker.util.ImageBlob?brand=VE&pid=SCB009&i
mage_link=SC
B009_B1A

KEYWORDHOTELS.COM
http://www.keywordhotels.com/11241971.html

PHOTO STORED HERE
http://reservations.pegsinc.com/booker/AppLogic+booker.util.ImageBlob?brand=VE&pid=SCB009&image_link=SCB009_B1A

ONETRAVELSOURCE.COM
http://www.onetravelsource.com/11241971.html

PHOTO STORED HERE
http://reservations.pegsinc.com/booker/AppLogic+booker.util.ImageBlob?brand=VE&pid=SCB009&image_link=SC
B009_B1A

TODAYSTRAVEL.COM
http://www.todaystravel.com/11241971.html

http://www.todaystravel.com/hotel_information.cfm?HotelID=11241971&ShowRates=Yes

PHOTOS STORED HERE:
http://reservations.pegsinc.com/booker/AppLogic+booker.util.ImageBlob?brand=VE&pid=SCB009&image_link=SC
B009_B1A
http://reservations.pegsinc.com/booker/AppLogic+booker.util.ImageBlob?brand=VE&pid=SCB009&image_link=SC
B009_B1A

**LYCOS.COM**

Lycos, Inc
100 Fifth Ave
Waltham, MA 02451
dns-admin@LYCOS-INC.COM
781-370-2700

http://worldres.lycos.com/script/gen_prop.asp?LA=1&HN=the+bradford+&NN=1&PR=1&CP=1&C
O=225&CN=dallas&SI=52&FE=9249&P2=129.00&P1=69.00&SUBMIT.Y=12&SUBMIT.X=23&h
otel_id=39041&from=text

PHOTO STORED HERE
http://images.worldres.com/property/a39000/39041/hotel.jpg

**PLACESTOSTAY.COM**

Worldres.com
1510 Fashion Island Blvd
Suite 100
San Mateo, CA 94404
hostmaster@WORLDRES.COM
650-372-1700 fax: 650-372-1701

http://pts.placestostay.com/script/gen_prop.asp?hotel_id=39041&NI=3245&FE=1

http://pts.placestostay.com/script/gen_prop.asp?hotel_id=39041&P1=69.00&P2=129.00&BR=http
%3A%2F%2Fwww.placestostay.com%2Fsearch.html%3FFE%3D10755%26MI%3DGO94d7693308c
8a700c%26DUI%3Dmi%26LA%3D1%26CN%3Ddallas%26CON%3DUnited%2BStates%26STN%3
DTexas%26NN%3D1%26HN%3Dbradford%26DC%3D1&FE=10755&MI=GO94d7693308c8a700c
&LA=1&CN=dallas&CON=United+States&STN=Texas&NN=1&HN=bradford&DC=1

http://ptsfr.placestostay.com/script/gen_prop.asp?front_end_id=8714&misc_id=SEODallasHL&hote
l_id=39041

PHOTOS STORED HERE:
http://images.worldres.com/property/a39000/39041/hotel.jpg


**EXPEDIA.COM**

Expedia, Inc
13810 SE Eastgate Way, Ste. 400
Bellevue, WA 98005
Phone: 425-564-7200
Fax: 425-564-7240
Email: domains@expedia.com

http://www.expedia.co.uk/daily/hotels/Texas/UniversityPark.asp

http://www.expedia.co.uk/pub/agent.dll?&&qscr=dspv&htid=480790&zz=1079462885088&

http://www.expedia.co.uk/pub/agent.dll?flag=q&qscr=dspv&hwrq=EX0100235FACJGDC%24C8%242
9uz%245Fkuz1%2170%214%24FF%21O01000%24E0%2480%24E9H%24E0%2480%24E9H0000
%21O%24FF%21R010003%2190100010001011000%216%24FF&htid=480790&itid=&itty=&itd
x=&from=f&igrq=&pkdr1=&pkdr2=&pkdr3=&down=1&subm=1&crti=0&pidx=0&feng=0&pmde=0
&favl=0&date1=09-23-03&date2=09-25-03&crom=1&cadu1=1&ckdr1=0&GO=Apply

http://www.expedia.co.uk/pub/agent.dll?&&qscr=dspv&htid=480790&zz=1063237683637&

http://www.expedia.co.uk/pub/agent.dll?&&qscr=dspv&htid=480790&zz

http://www.expedia.co.uk/pub/agent.dll?qscr=dspv&itty=new&from=m&htid=480790

http://www.expedia.com/pub/agent.dll?qscr=dspv&itty=new&from=m&htid=480790

http://www.expedia.com/pub/agent.dll?qscr=dspv&itty=new&from=m&htid=480790&&zz=1079463
029485&

http://www.expedia.com/pub/agent.dll?flag=q&qscr=dspv&hwrq=EX01B46621FFJGDC%24C8%2429
uz%245Fkuz1%2170K%24B82%21H0%240A%21701000%2480%242D%24A0%240C.%2433%24
A0%240C%240D000%214%24FF%240C0yep.dsmuigsu%24360Umnnmf.%2428mou.ljxjojya%242
9%242C.Ypqmf%242C.Vojypu.Fymypf.gi.Mkpsjxm%2180%24360Umnnmf.%2428mou.ljxjojya%2
429%242C.Ypqmf%242C.Vojypu.Fymypf.gi.Mkpsjxm%216%24FF%21R010003%2190100010001
0110000K%24B82070Umnnmf.&htid=480790&itid=&itty=&itdx=&from=f&igrq=&pkdr1=0&pkd
r2=0&pkdr3=0&down=1&subm=1&crti=0&pidx=&feng=0&pmde=0&favl=0&date1=10%2F2%2F2
003&date2=10%2F3%2F2003&crom=1&cadu1=1&ckdr1=0&GO=Apply

http://www.expedia.com/pub/agent.dll/qscr=dspv/itty=new/from=m/htid=480790/nojs=1/rfrr=-
20906/eapi=23708

http://www.expedia.com/hotels/United_States_of_America-201/Texas-245/Highland_Park-
115103_01.asp?CCheck=1

http://www.expedia.com/pub/agent.dll?qscr=dspv&itty=new&from=m&htid=480790&&zz=1061650
318168&

http://www.expedia.com/hotels/United_States_of_America-201/Texas-245/University_Park-
168544_01.asp

http://www.expedia.com/pub/agent.dll?qscr=cmhi&htid=480790&dsct=&dlvl=&rtmn=&rtmx=&dcty
=&loid=178253&tair=DFW&date1=&time1=&date2=&time2=&cAdt1=2&cmbt=2

http://www.expedia.com/pub/agent.dll?qscr=dspv&itty=new&from=m&htid=480790&&zz=1062722
822547&

http://www.expedia.com/pub/agent.dll?qscr=cmhi&htid=480790&dsct=&dlvl=&rtmn=&rtmx=&dcty
=&loid=178253&tair=DFW&date1=&time1=&date2=&time2=&cAdt1=2&cmbt=2&&zz=1062783
412371&

http://www.expedia.com/pub/agent.dll?qscr=dspv&itty=new&from=m&htid=480790&&zz=1062868
103880&

http://www.expedia.com/pub/agent.dll?qscr=dspv&itty=new&from=m&htid=480790&&zz=1063122
988659&

http://www.expedia.com/pub/agent.dll?qscr=dspv&itty=new&from=m&htid=480790&&zz=1064636
058041&

http://www.expedia.com/pub/agent.dll?qscr=cmhi&htid=480790&dsct=&dlvl=&rtmn=&rtmx=&dcty
=&loid=178253&tair=DFW&date1=&time1=&date2=&time2=&cAdt1=2&cmbt=2&&zz=1062783
412371&

http://www.expedia.com/pub/agent.dll?&&qscr=dspv&itty=new&from=m&htid=480790&nojs=1&rfr
r=-20906&eapi=23708&tpid=1

http://www.expedia.com/hotels/United_States_of_America-201/Texas-245/Seagoville-
6023673_01.asp


PHOTO STORED HERE
http://media.expedia.com/hotels/1000000/490000/480800/480790/480790_1_t.jpg

http://media.expedia.com/hotels/1000000/490000/480800/480790/480790_1_s.jpg

---

**WWTE1.COM**

Expedia, Inc
Host Master
13810 SE Eastgate Way, Ste. 400
Bellevue, WA 98005
Phone: 425-564-7200
Fax..: 425-564-7240
Email: domains@expedia.com


PHOTO STORED HERE
http://media.wwte.com/hotels/1000000/490000/480800/480790/480790_1_b.jpg


**100KAUAISPOTS.COM**

Expedia, Inc
Host Master
13810 SE Eastgate Way, Ste. 400
Bellevue, WA 98005
US
Phone: 425-564-7200
Fax..: 425-564-7240
Email: domains@expedia.com


http://www.100kauaispots.com/hotels/United_States_of_America-201/Texas-245/Highland_Park-115103_01.asp?CCheck=1


PHOTO STORED HERE

http://media.expedia.com//hotels/1000000/490000/480800/480790/480790_1_t.jpg



**VACATIONS.NET**
**HOTELS.NET**

Sandesa, Inc.
9988 Hibert Street, Suite 201
San Diego, California 92131
Garet Juntunen garet@sandesa.com
858-586-5960


**VACATIONS.NET**

http://www.vacations.net/dallas/the_bradford_at_lincoln_park_480790.htm

PHOTOS STORED HERE:
http://media.wwte.com/hotels/1000000/490000/480800/480790/480790_1_b.jpg

**HOTELS.NET**
http://www.hotels.net/dallas/the-bradford-at-lincoln-park-480790.htm

http://www.hotels.net/university-park/the-bradford-at-lincoln-park-480790.htm

PHOTOS STORED HERE:
http://media.wwte.com/hotels/1000000/490000/480800/480790/480790_1_b.jpg

**MOBILETRAVELGUIDE.COM**

Exxon Mobil Internet Coordinator
Internet Coordiator
5959 LasColinas Boulevard
Irving, TX 75039-2298
Phone: 1 972 444 1161
Fax..: 1 972 444 1139
Email: eminternet.coodinator@exxon.com

http://www.mobiltravelguide.com/mtg_home_prop.jsp?id=72869&back=Y&mode=

PHOTO STORED HERE:
http://www.mobiltravelguide.com/content/acct/2869/72869/images/scb009_b1a.jpg

**RES99.COM**

World Choice Travel, Inc.
630 US HIghway 1
North Palm Beach, FL 33408
steve@wctravel.com
561-845-8856 fax: 561-845-5485

http://www.res99.com/nexres/search/power_results.cgi?ses=a1eed87c29c0be0946807866c7f0a85a95
672&src=10001062&clear_cache=&city=dallas&state=&country=&zip=&avail=Y&doa_mm=09&d
oa_dd=12&dod_mm=09&dod_dd=13&num_adults=2&num_children=0&num_rooms=1&bed_type=
NP&num_beds=0&smoking_pref=NP&currency_id=&name=bradford&brand=&priceband=

http://www.res99.com/nexres/search/power_results.cgi?ses=f17c6247ad25d3bc384d8c2fdfbcc952939
74&src=10005530&clear_cache=&city=dallas&state=TX&country=&zip=75225&avail=Y&doa_m
m=10&doa_dd=17&dod_mm=10&dod_dd=18&num_adults=1&num_children=0&num_rooms=1&be
d_type=NP&num_beds=0&smoking_pref=NP&currency_id=&name=the+bradford&brand=&priceba
nd=

http://www.res99.com/nexres/search/power_results.cgi?ses=07b596284e0648b78a7871c929f1daba89
655&src=10005674&clear_cache=&city=dallas&state=TX&country=US&zip=&avail=Y&doa_mm=
09&doa_dd=11&dod_mm=09&dod_dd=12&num_adults=1&num_children=0&num_rooms=1&bed_t
ype=NP&num_beds=0&smoking_pref=NP&currency_id=USD&name=bradford&brand=&priceband=

http://www.res99.com/nexres/search/power_results.cgi?ses=abbdbdd6eaeddc742d28916cb22db09f7158
6&src=10007270&clear_cache=&city=dallas&state=&country=&zip=&avail=Y&doa_mm=09&doa
_dd=12&dod_mm=09&dod_dd=13&num_adults=2&num_children=0&num_rooms=1&bed_type=NP
&num_beds=0&smoking_pref=NP&currency_id=USD&name=bradford&brand=&priceband=

http://www.res99.com/nexres/search/power_results.cgi?ses=48cf11c616d977647c0471498d5fb4ca16
342&src=10005103&clear_cache=&city=dallas&state=&country=&zip=&avail=Y&doa_mm=09&d
oa_dd=12&dod_mm=09&dod_dd=13&num_adults=2&num_children=0&num_rooms=1&bed_type=
NP&num_beds=0&smoking_pref=NP&currency_id=USD&name=bradford&brand=&priceband=

PHOTO STORED HERE;
http://images.wctravel.com/images-logos/11241971.gif

## BESTHOTEL.COM

BestHotel.com, LLC
277 Royal Poinciana Way, 132
Palm Beach, FL 33480
Michael Marques
561-804-9192  fax:  561-804-9193

http://reservations.besthotel.com/nexres/search/power_results.cgi?ses=eb9ffd0f7c6019da6aece3b48e9
99dc88542&src=10006219&clear_cache=&city=dallas&state=TX&country=&zip=&avail=Y&doa_
mm=09&doa_dd=09&dod_mm=09&dod_dd=10&num_adults=1&num_children=0&num_rooms=1&b
ed_type=NP&num_beds=1&smoking_pref=NP&currency_id=USD&name=bradford&brand=&priceba
nd=

PHOTO STORED HERE:
http://images.wctravel.com/images-logos/11241971.gif

## WORLD-HOTEL-NETWORK.COM

Coversolve Ltd.
Kendon Business Centre
27 Miller Road Ayr
KA7 2PX
UK

http://the-bradford-at-lincoln-park-dallas.world-hotel-network.com/

http://the-bradford-at-lincoln-park-dallas.world-hotel-
network.com/booking.htm?hotel_id=11241971

http://the-bradford-at-lincoln-park-dallas.world-hotel-network.com/pictures.htm?hotel_id=11241971

PHOTOS STORED HERE:
http://images.wctravel.com/images-logos/11241971.gif

## FINDLOCALPAGES.COM

Find Local Pages.com
13739 Barry St
Holland, MI 49424
616-713-0947

http://reservations.findlocalpages.com/nexres/search/power_results.cgi?ses=508e05af693c6e208cd58
81bcb25109e84623&src=10004999&clear_cache=&city=dallas&state=TX&country=&zip=&avail=
Y&doa_mm=09&doa_dd=13&dod_mm=09&dod_dd=14&num_adults=1&num_children=0&num_roo
ms=1&bed_type=NP&num_beds=0&smoking_pref=NP&currency_id=&name=bradford&brand=&pri
ceband=

http://reservations.findlocalpages.com/nexres/search/power_results.cgi?src=10004999&lang=ITL&cl
ear_cache=Y&city=dallas&state=TX&country=&zip=&avail=Y&doa_mm=09&doa_dd=17&dod_m
m=09&dod_dd=18&num_adults=1&num_children=0&num_rooms=1&bed_type=NP&num_beds=0&
smoking_pref=NP&currency_id=&name=the+bradford&brand=&priceband=
http://reservations.findlocalpages.com/nexres/search/power_results.cgi?ses=3a09c2f5411574c6ecdf9a
d260729e6414127&src=10004999&clear_cache=&city=dallas&state=TX&country=&zip=&avail=
Y&doa_mm=09&doa_dd=13&dod_mm=09&dod_dd=14&num_adults=1&num_children=0&num_roo
ms=1&bed_type=NP&num_beds=0&smoking_pref=NP&currency_id=&name=the+bradford&brand=
&priceband=

http://reservations.findlocalpages.com/nexres/search/power_results.cgi?src=10004999&clear_cache=
Y&lang=DCH&city=dallas&state=TX&country=&zip=&avail=Y&doa_mm=09&doa_dd=17&dod_m
m=09&dod_dd=18&num_adults=1&num_children=0&num_rooms=1&bed_type=NP&num_beds=0&
smoking_pref=NP&currency_id=&name=the+bradford&brand=&priceband=

http://reservations.findlocalpages.com/nexres/search/power_results.cgi?ses=3a09c2f5411574c6ecdf9a
d260729e6414127&src=10004999&clear_cache=&city=dallas&state=TX&country=&zip=&avail=
Y&doa_mm=09&doa_dd=17&dod_mm=09&dod_dd=18&num_adults=1&num_children=0&num_roo
ms=1&bed_type=NP&num_beds=0&smoking_pref=NP&currency_id=&name=the+bradford&brand=
&priceband=

http://reservations.findlocalpages.com/nexres/search/power_results.cgi?src=10004999&clear_cache=
Y&lang=ENG&city=dallas&state=TX&country=&zip=&avail=Y&doa_mm=09&doa_dd=13&dod_m
m=09&dod_dd=14&num_adults=1&num_children=0&num_rooms=1&bed_type=NP&num_beds=0&
smoking_pref=NP&currency_id=&name=bradford&brand=&priceband=

http://reservations.findlocalpages.com/nexres/search/power_results.cgi?src=10004999&clear_cache=
Y&lang=GER&city=dallas&state=TX&country=&zip=&avail=Y&doa_mm=09&doa_dd=17&dod_m
m=09&dod_dd=18&num_adults=1&num_children=0&num_rooms=1&bed_type=NP&num_beds=0&
smoking_pref=NP&currency_id=&name=the+bradford&brand=&priceband=

http://reservations.findlocalpages.com/nexres/search/power_results.cgi?ses=3a09c2f5411574c6ecdf9a

d260729e6414127&src=10004999&clear_cache=&city=dallas&state=&country=&zip=&avail=Y&d
oa_mm=09&doa_dd=17&dod_mm=09&dod_dd=18&num_adults=1&num_children=0&num_rooms=
1&bed_type=NP&num_beds=0&smoking_pref=NP&currency_id=&name=the+bradford&brand=&pri
ceband=

http://reservations.findlocalpages.com/nexres/search/power_results.cgi?ses=3a09c2f5411574c6ecdf9a
d260729e6414127&src=10004999&clear_cache=&city=dallas&state=TX&country=&zip=&avail=
Y&doa_mm=09&doa_dd=22&dod_mm=09&dod_dd=23&num_adults=1&num_children=0&num_roo
ms=1&bed_type=NP&num_beds=0&smoking_pref=NP&currency_id=&name=the+bradford&brand=
&priceband=

PHOTO STORED HERE
http://images.wctravel.com/images-logos/11241971.gif

## WORLDWIDEHOTELDEALS.COM

G.C. Netwise L.L.C.

1231 Chartres St #1
New Orleans LA 70116
george@gcnetwise.com
(504)5223538

http://bookings.worldwidehoteldeals.com/nexres/search/power_results.cgi?ses=acf66e2b8965bbbe6b71
007331dfe97c5555&src=10007241&clear_cache=&city=dallas&state=&country=&zip=&avail=Y&
doa_mm=10&doa_dd=26&dod_mm=10&dod_dd=28&num_adults=2&num_children=0&num_rooms
=1&bed_type=NP&num_beds=0&smoking_pref=NP&currency_id=USD&name=bradford&brand=&p
riceband=

PHOTO STORED HERE
http://images.wctravel.com/images-logos/11241971.gif

## ACCOMMODATIONSCENTER.COM

Hotel Reservations
22453 Elm
Las Vegas, NV 89101
702-692-3512

http://reservations.accommodationscenter.com/nexres/search/power_results.cgi?ses=aa822b35f303bc
81b3426ecd0b44ad5f75672&src=10004769&clear_cache=&city=Dallas&state=TX&country=US&z
ip=&doa_mm=11&doa_dd=02&dod_mm=11&dod_dd=03&num_adults=1&num_children=0&num_r
ooms=1&bed_type=NP&num_beds=0&smoking_pref=NP&currency_id=&name=bradford&brand=&
priceband=

PHOTO STORED HERE
http://images.wctravel.com/images-logos/11241971.gif

## HOTELSBYCITY.COM

Hotels By City
100 Helmsdale Ave
Winnipeg, Mb R2K 0V7
Canada
email: ktm131@hotmail.comphone: 204-227-5613
fax: 204-227-5613

http://reservations.hotelsbycity.com/nexres/search/power_results.cgi?ses=48939472bbe170038f83ca
110809224718317&src=10006204&clear_cache=&city=dallas&state=TX&country=US&zip=7522
5&avail=Y&doa_mm=10&doa_dd=25&dod_mm=10&dod_dd=26&num_adults=1&num_children=0
&num_rooms=1&bed_type=NP&num_beds=0&smoking_pref=NP&currency_id=&name=bradford+
&brand=&priceband=

PHOTO STORED HERE
http://images.wctravel.com/images-logos/11241971.gif

## INFORMEDTRAVEL.COM

InformedTravel.com, Inc.
2691 Sugar Pine Run
Oviedo, Florida 32765
Tamasin Davey
(407) 366-1280
Tourinfo@aol.com

http://reservations.informedtravel.com/nexres/search/power_results.cgi?ses=8bd356464d4972ea4817
1c78914aeb1527293&src=10003498&clear_cache=&city=dallas&state=&country=&zip=&avail=Y
&doa_mm=09&doa_dd=19&dod_mm=09&dod_dd=20&num_adults=2&num_children=0&num_roo
ms=1&bed_type=NP&num_beds=0&smoking_pref=NP&currency_id=USD&name=bradford&brand=
&priceband=

http://reservations.informedtravel.com/nexres/search/power_results.cgi?ses=ac31cd6613091e6ac412
0869e576564c7004&src=10003498&clear_cache=&city=dallas&state=&country=&zip=&avail=Y&
doa_mm=11&doa_dd=01&dod_mm=11&dod_dd=05&num_adults=2&num_children=0&num_rooms
=1&bed_type=NP&num_beds=0&smoking_pref=NP&currency_id=USD&name=bradford&brand=&p
riceband=

http://reservations.informedtravel.com/nexres/search/power_results.cgi?ses=3c02f5e29517de9447be
4c5b820225b11155&src=10003498&clear_cache=&city=dallas&state=&country=&zip=&avail=Y&
doa_mm=10&doa_dd=19&dod_mm=10&dod_dd=20&num_adults=2&num_children=0&num_rooms
=1&bed_type=NP&num_beds=0&smoking_pref=NP&currency_id=USD&name=bradford&brand=&p
riceband=



http://reservations.informedtravel.com/nexres/search/power_results.cgi?ses=8bd356464d4972ea4817
1c78914aeb1527293&src=10003498&clear_cache=&city=dallas&state=&country=&zip=&avail=Y
&doa_mm=10&doa_dd=19&dod_mm=10&dod_dd=20&num_adults=2&num_children=0&num_roo
ms=1&bed_type=NP&num_beds=0&smoking_pref=NP&currency_id=USD&name=bradford&brand=
&priceband=

http://reservations.informedtravel.com/nexres/search/power_results.cgi?ses=8bd356464d4972ea4817
1c78914aeb1527293&src=10003498&clear_cache=&city=dallas&state=&country=&zip=&avail=Y
&doa_mm=11&doa_dd=19&dod_mm=11&dod_dd=20&num_adults=2&num_children=0&num_roo
ms=1&bed_type=NP&num_beds=0&smoking_pref=NP&currency_id=USD&name=bradford&brand=
&priceband=

PHOTOS STORED HERE
http://images.wctravel.com/images-logos/11241971.gif


**FREEHOTELSEARCH.COM**

Internettwist.com
Randy
134 Bannister Rd.
Winnipeg, Manitoba R2R0S3
Canada
Administrative Contact:
randy rgs@mb.sympatico.ca

http://reservations.freehotelsearch.com/nexres/search/power_results.cgi?ses=1eca1222add92ff65b0b8
afc980e14045974&src=10005073&clear_cache=&city=dallas&state=TX&country=&zip=&avail=Y
&doa_mm=10&doa_dd=01&dod_mm=10&dod_dd=03&num_adults=2&num_children=0&num_roo
ms=1&bed_type=NP&num_beds=0&smoking_pref=NP&currency_id=USD&name=bradford+&brand
=&priceband=

PHOTO STORED HERE
http://images.wctravel.com/images-logos/11241971.gif


**SEARCHBUG.COM**

SearchBug.com, LLC
97 Canopy
Irvine, CA 92603
ANDRE POLAKOFF
andre@searchbug.com
516-902-0204  fax: 661-420-6733

http://travel.searchbug.com/nexres/search/power_results.cgi?ses=d329565057f116f6f79d40268af08c
0538993&src=10003905&clear_cache=&city=dallas&state=&country=&zip=&avail=Y&doa_mm=1
1&doa_dd=08&dod_mm=11&dod_dd=09&num_adults=2&num_children=0&num_rooms=1&bed_ty

pe=NP&num_beds=0&smoking_pref=NP&currency_id=USD&name=the+bradford+&brand=&priceb
and=


PHOTO STORED HERE:
http://images.wctravel.com/images-logos/11241971.gif



## USAHOTELGUIDE.COM

Travel Trust Reservations, Inc
748 Lagoon Drive
North Palm Beach, FL 33408
Nancy Mcintosh
nancymcintosh@earthlink.net
561-627-2018

http://reservations.usahotelguide.com/nexres/search/power_results.cgi?bed_type=NP&ses=0431227dc
beee7f216f115290b6900af96579&country=&doa_dd=16&brand=&currency_id=&name=the%20bra
dford&smoking_pref=NP&num_rooms=1&dod_mm=09&src=10007232&dod_dd=17&num_children
=0&state=&priceband=&city=dallas&num_adults=1&num_beds=0&clear_cache=&zip=&doa_mm=0
9&

http://reservations.usahotelguide.com/nexres/search/power_results.cgi?bed_type=NP&ses=22e3107ce
d7957485532ee07304a8fd65515&country=&doa_dd=13&brand=&currency_id=&name=bradford&s
moking_pref=NP&num_rooms=1&dod_mm=10&src=10007232&dod_dd=14&avail=Y&num_childr
en=0&state=TX&priceband=M&city=dallas&num_beds=0&num_adults=1&clear_cache=&zip=&doa
_mm=10&

http://reservations.usahotelguide.com/nexres/search/power_results.cgi?bed_type=NP&ses=a10a2472b
c07a89825f79a65a902b22f24231&country=&doa_dd=15&brand=&currency_id=&name=the%20bra
dford&smoking_pref=NP&num_rooms=1&dod_mm=09&src=10007232&dod_dd=16&num_children
=0&state=&priceband=&city=dallas&num_beds=0&num_adults=1&clear_cache=&zip=&doa_mm=0
9&


PHOTOS STORED HERE:
http://images.wctravel.com/images-logos/11241971.gif



## RESERVETRAVEL.COM

Alliance Reservations Network
14435 N 7th St, Suite 300-B
Phoenix, AZ 85022
602-952-2106x102
Bertenshaw, Peter peteb@allresnet.com

http://www.reservetravel.com/v4/redir.aspx?siteid=288&pid=35119&type=Property&&CCheck=1

PHOTO STORED HERE:
http://www.reservetravel.com/v4/hotelimages/pegs/VE/SCB009/th_scb009_b1a.jpg


**HOTELUS.COM**

Atlantic Republic Securities
SERGE ATLAN
49 richmondville avenue, suite 105
westport, CT 06880
atlan@ix.netcom.com
561 361-8510
Fax- 561-361-0337

http://www.hotelus.com/de/cheap_hotels_dallas_tx_us.html?namespec=bradford+lincoln+park
http://www.hotelus.com/it/cheap_hotels_dallas_tx_us.html?namespec=bradford+lincoln+park

http://www.hotelus.com/es/cheap_hotels_dallas_tx_us.html?namespec=bradford+lincoln+park

http://www.hotelus.com/cheap_hotels_dallas_tx_us.html?namespec=bradford+lincoln+park

http://www.hotelus.com/fr/cheap_hotels_dallas_tx_us.html?namespec=bradford+lincoln+park

PHOTOS STORED HERE:
http://www.hotelus.com/hotel-image-for-bradford-at-lincoln-park-dallas-tx-us-w080-170890.jpg


**WORLDCUP-2002.CO.UK**

Global Marketing Ltd
9 Grosvenor Road
Colwyn Bay
North Wales
United Kingdom
tele. 01492 530423

http://www.worldcup-2002.co.uk/n-america/dallas/thebradford.htm

PHOTO STORED HERE:
http://www.worldcup-2002.co.uk/images/480790.jpg


**HOTELS-LODGING-RESERVATIONS.COM**

Jonathan Kaplan
3003 Van Ness St NW
#1118S

Washington, DC 20008
kappy77@aol.com
202-248-9220

http://www.hotels-lodging-reservations.com/north-america/united-
states/texas/dallas/the_bradford_at_lincoln
_park.html

PHOTO STORED HERE:
http://www.hotels-lodging-reservations.com/north-america/united-states/texas/dallas/scb009_b1a.jpg


**HONESTHOTELREVIEWS.COM**

Michael Cruz
16 Cloverdale
Las Flores, CA 92688
Cruz, Michael MikeC@Cruzino.com
949-709-4785

http://www.dallas.honesthotelreviews.com/hotel/dallas/bradford_at_lincoln_park.html

PHOTO STORED HERE:
http://www.dallas.honesthotelreviews.com/hr/dallas/053434A.jpg


**A1411.COM**
**CITYSTROLL.COM**
**ENEWS7.COM**

Jay Taylor
6840 N.W. 26 Ave.
Fort Lauderdale, FL 33309
954-969-0069

A1411.COM
PHOTO STORED HERE:
http://www.lg.a1411.com/hotels/images/scb009_b1a.jpg

CITYSTROLL.COM
http://www.citystroll.com/hotels/us/LDC_the-bradford-at-lincoln-park.htm

PHOTO STORED HERE:
http://www.lg.a1411.com/hotels/images/scb009_b1a.jpg

ENEWS7.COM
http://www.enews7.com/texas/dallas/the-bradford-at-lincoln-park.htm

PHOTO STORED HERE
http://www.enews7.com/texas/dallas/the-bradford-at-lincoln-park-1.jpg

http://images.wctravel.com/images-logos/11241971.gif


## HOTELS-SHOPPER.COM

Rishe, Naphtali
100 Lincoln Rd. #1547
Miami Beach, FL 33139


http://www.hotels-shopper.com/US_TX/DFW-c9-11.htm


PHOTO STORED HERE

http://images.worldres.com/property/a39000/39041/hotel.jpg


## BESTHOTELSNETWORK.COM

Deon Direct
1351 Tourmaline Street
Ste. 216
San Diego, CA 92109
cdeon@hotmail.com
858-488-0423
858-488-9884


http://www.besthotelsnetwork.com/cities/us/tx/dallas/bradford_at_lincoln_park.htm?ref=obhxa16097
5


PHOTO STORED HERE

http://reservations.pegsinc.com/booker/AppLogic+booker.util.ImageBlob?brand=VE&pid=SCB009&i
mage_link=SCB009_B1A.JPG


## OPODO.CO.UK

Opodo Ltd
20 Garrick Street
London
WC2E 9AX
GB

PHOTO (ONLY) STORED HERE

https://agent.synxis.com/en_US/barImages/SCBCOR/SCB009/lincoln.jpg


**LASTMINUTETRAVEL.COM**

LastMinuteTravel.com, Inc.
3455 Peachtree Road Suite 110
Atlanta, GA 30326
(404) 495-2100
fax: (404) 495-2111


PHOTO (ONLY) STORED HERE


**TRAVELCOUNT.COM**

Domains by Proxy, Inc.
15111 N Hayden Rd., Suite 160
PMB353
Scottsdale, Arizona 85260


http://www.travelcount.com/hoteloverview.php?hotelID=11241971


PHOTO STORED HERE

http://images.wctravel.com/images-logos/11241971.gif


**TACA.COM**

TACA INTERNATIONAL AIRLINES, S.A.
P.O. BOX 591410
Miami, FL 33159
214-496-3810
Fax: 214-496-3794


http://www.taca.com
(CLICK HOTEL AND ENTER CITY dallas, STATE texas, COUNTRY POSTAL CODE 75225,
AND UNDER HOTEL NAME- "THE BRADFORD")


PHOTO STORED HERE

**BUDGETHOTELS.COM**

Budgethotels.com, inc. (BUDGETHOTELS-DOM)
#202, 1449 St. Paul Street
Kelowna, BC V1Y 2E5
CA

http://www.budgethotels.com/hotellistings.php?Next=80&country=US&province=TX&city=Dallas&
SESSID=aa93d15a6fd575dfe760b2857dc0d69b

PHOTO STORED HERE

http://www.budgethotels.com/Hotel_Images/90/170890/thumbnail.gif

**CHEEPHOTELS.CO.UK**

CheepTravel Ltd
Hampden House
Hitchin Road
Arlesey
Beds
SG15 6RT
GB

http://www.cheephotels.co.uk/Dallas/The-Bradford-At-Lincoln-Park.htm

PHOTO STORED HERE

http://media.wwte.com/hotels/1000000/490000/480800/480790/480790_1_s.jpg

**SYNXIS**

Synxis
7926 Jones Branch Drive, Suite 1000
McLean, VA 22102
7036104902
fax: 7034482570

http://www.opodo.co.uk/otpbvpl/Tch/Page/WRProxyInterface.jsp?Mkt_Id=CSEO0200590035233&
origurl=http://opodouk.worldres.com/script/gen_prop.asp&LA=1&NI=3245&PR=1&CP=1&SI=596
&FE=9926&P2=129.00&P1=69.00&hotel_id=39041&from=text

PHOTO STORED HERE

http://images.worldres.com/property/a39000/39041/hotel.jpg



3006 Brazos Street
Houston, Texas 77006
*tel* 713.942.9898
*fax* 713 942 9899
dlejune@tnallawyers.net
www.tnallawyers.net

Judge Thomas Mullins House

January 30, 2004

Mr. John J. Wilson
Registered Agent
Intervest-Bradford, Ltd.
Bradford Homesuites Development, Ltd.
Intervest-Bradford IV, Ltd.
Intervest Centurion, L.L.C.
4131 Centurion Way
Dallas, TX 75244-2312

RE:    Client:     Brian Harness, Photographer
        Matter :    Infringements of Copyrighted Photograph

Dear Mr. Wilson:

The undersigned represents Brian Harness, Photographer. Internet advertising placed and/or allowed by, and benefitting Intervest-Bradford, Ltd., Bradford Homesuites Development. Ltd., Intervest-Bradford IV, Ltd., and/or Intervest Centurion, L.L.C., and that features graphics infringing the copyrights in and to images created by Brian Harness.

This image created by Mr. Harness is on file with the U.S. Registrar of Copyrights (Exhibit A, Certificate of Registration; Exhibit B, copy of image at issue). Willful infringements such as scanning images into digital media and then publishing them for profit, may create liability for the payment of actual damages, disgorgement of profits attributable to the infringement, payment of statutory damages as high as $150,000 per infringement, and, costs of litigation and attorney's fees.

**This letter is Brian Harness' demand that the above-referenced entities immediately:**

1.    **Pay $440,650;**[1]

2.    **Cease and desist** from all further dissemination or distribution of this and any other of Brian Harness' images, **and provide proof of same to the undersigned;**

---

[1]James Pickerell. an expert in the valuing of photographic images, has calculated Harness˙ actual damages. His report and résumé are attached.

PLAINTIFF'S EXHIBIT



3. **Buy back or otherwise withdraw all brochures, fliers, and any other** advertising distributed *or to be distributed*, containing the attached image. and provide same to the undersigned for destruction;

4. Return to the undersigned **all** tangible representations **and** all magnetically or optically-stored data of any kind bearing and/or storing respectively the copyrighted image, ***and any other of Brian Harness' images,*** including but not limited to all color separations, internegatives, mechanicals, digital images, etc.;

5. **Tender** to the undersigned **a <u>sworn</u> itemization** of all uses to which any of the entities referenced above have put the image; *and*

6. **Tender** to the undersigned **an <u>audited</u> accounting** of all profits attributable to these entities' use of Brian Harness' image.

Please forward correspondence to the undersigned **within ten (10) days of receipt** of this letter indicating your intentions in these regards. **Absent *actual receipt* by the undersigned of such correspondence <u>within the ten days</u>, this demand is <u>withdrawn</u>.**

Please do not communicate directly with Mr. Harness about this matter, as doing so will be construed tortious interference with the attorney-client relationship. Rather, if you have questions or comments, please direct them to the undersigned, at the address or phone number above, weekdays. during regular business hours.

Mr. Harness looks forward your immediate attention to these matters, and to a prompt, amicable resolution for all concerned.

Very truly yours,

Dana LeJune

DL/nil
Sent Certified Mail, RRR

DANA ANDREW LEJUNE ATTORNEY AT LAW

Board-Certified, Civil Trial Law, Texas Board of Legal Specialization



3006 Brazos Street
Houston, Texas 77006
tel 713.942.9898
fax 713.942.9899
dlejune@triallawyers.net
www.triallawyers.net

Judge Thomas Mellon House



MAR 26 2004

March 19, 2004



Alliance Reservations Network
**DMCA Compliance**
14435 North 7th Street
Suite 300-B
Phoenix, Arizona 85022

RE:  Client:  Brian Harness, Photographer
     Matter:  Copyright infringements of image

Dear Sir or Madam:

This is Brian Harness' notice to Alliance Reservations Network (regarding the attached list of URLs), that an image on web sites it currently hosts infringe Mr. Harness' copyrights.

Pursuant to the Digital Millennium Copyright Act ("DMCA") Section 512 *et seq.,* your company is hereby placed on notice that the undersigned is a person authorized to act on behalf of Mr. Harness. Mr. Harness's attached verification confirms that the information provided with this letter is accurate, and further, that Mr. Harness has a good faith belief that use of the material in the manner about which we are complaining herein is **not authorized.**

More specifically, neither Mr. Harness nor any agent of his has authorized any of the "Bradford entities" to use this copyrighted image on the internet. Additionally, the "Bradford entities" cannot have acquired the rights to use this image by operation of law.

So that your company can easily identify the specific image that is being used on the "Bradford entities" web sites without authorization, I have attached a color copy of it, along with its URL.

**This is Mr. Harness' demand that your company *cease and desist* from displaying, disseminating or otherwise providing access to this copyrighted image (or disable access to it) within ten (10) days of your receipt of this notice.**

PLAINTIFF'S
EXHIBIT
**5**

To expedite your handling of this matter, this notice is being delivered *via* email attachment either pursuant to the most recently-amended DMCA designation filed by your company with the copyright office, or, if (in violation of U.S. law) your company has not filed its DMCA designation with the U.S. Copyright Office, *via* the most appropriate email addresses found on your website. This notice and demand is also being sent by certified mail, return receipt requested, to either the physical address in the said DMCA filing, or the most appropriate physical address found on your website.

**If you have any questions or wish to discuss this matter, please do not contact Mr. Harness directly. Rather, please ask or contact me, at either the physical or email address at the top right side of the first page of this correspondence.** You may also contact me at the telephone number found a the same location.

Very truly yours,

Dana LeJune

DL/nil
DMCA Notice to reservetravel_comFINAL.wpd