

ORIGINAL

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
**FILED**

**FEB 1 8 2005**

CLERK, U.S. DISTRICT
By _____
                    Deputy

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| BRIAN HARENESS D/B/A | § | |
| BRIAN HARNESS PHOTOGRAPHY, | § | NO. 304CV1817 B |
| **Plaintiff,** | § | |
| **v.** | § | |
| | § | **ORIGINAL COMPLAINT:** |
| JOHN J. WILSON, | § | |
| INTERVEST-BRADFORD IV, LTD. | § | **COPYRIGHT INFRINGEMENT** |
| INTERVEST-CENTURION, LLC., | § | |
| BRADFORD HOMESUITES | § | |
| DEVELOPMENT, LTD. and | § | |
| INTERVEST-BRADFORD, LTD., | § | |
| **Defendants.** | § | **JURY DEMANDED** |

## PLAINTIFF'S FIRST AMENDED COMPLAINT

1.      Plaintiff, Brian Harness d/b/a Brian Harness Photography ("**Harness**" or "**Plaintiff**"),

for his first amended complaint against Defendants, John J. Wilson ("Wilson"), Intervest-

Bradford IV, Ltd. ("**IB4**"), Intervest-Centurion, LLC. ("**Centurion**"),  Bradford Homesuites

Development, LTD. (**"Development"**), and  Intervest-Bradford, LTD. ("**IBLTD**"), and Vantis

USA, Inc. ("**Vantis**") and collectively called "Defendants," alleges:

### JURISDICTION/VENUE

2.      This claim arises under the copyright laws of the United States, 17 U.S.C. 101 *et. seq.*,

(hereinafter the Copyright Act.).

3.      Subject matter and personal jurisdiction is vested in this Court pursuant to 28 U.S.C.

1338. Additionally, this Court has subject matter jurisdiction under 28 U.S.C. 1331 inasmuch

as this claim arises under the copyright laws of the United States. Venue in this judicial district

is proper pursuant to 28 U.S.C. 1400(a) and 28 U.S.C. 1391(b) and (c).

---

**PLAINTIFF'S FIRST AMENDED COMPLAINT**                                    **PAGE 1**

## THE PARTIES

4.     **Plaintiff**, is an individual citizen of Texas engaged in the business of professional

photography, and who resides and has a principal place of business in Dallas, Dallas County,

Texas

5.     **Wilson** is an individual residing in Dallas County, Texas, and has been served and has

answered, and no further service is needed.

6.     **IB4** is a Texas limited partnership in the business of establishing or operating hotels

in and around Dallas, Texas.  It has been served and has answered, and no further service is

needed.

7.     **Centurion** is a Texas limited liability company in the business of establishing or

operating hotels in and around Dallas, Texas.  It has been served and has answered, and no

further service is needed.

8.     **Development** is a Texas limited partnership in the business of establishing or operating

hotels in and around Dallas, Texas.  It has been served and has answered, and no further service

is needed.

9.     **IBLTD** is a Texas limited partnership in the business of establishing or operating hotels

in and around Dallas, Texas.  It has been served and has answered, and no further service is

needed.

10.     **Vantis** is a Nevada corporation, licensed and doing business in Texas, and will receive

actual notice of the filing of this Original Complaint through service upon its registered agent,

June Pape, 2120 Walnut Hill Lane, Suite 100, Irving, Texas 75038.

## INTRODUCTORY FACTS

11.     Harness is a professional photographer, and is the author (photographer) of, and at all times relevant to this claim, has been and is now the sole owner and proprietor of all right, title and interest in and to the copyrights in certain collections of photographs known as *"Photographs 2000 Vol. 1"* One photograph within this collection was originally created by Plaintiff for advertising use by the architect of the structure **(Exhibit 1)**.

12.     Harness has complied in all respects with Title 17 of the United States Code (Copyright Act of 1976) and all other United States laws governing copyrights, and has secured the exclusive rights and privileges in and to the copyrights to the above-described photographs.

13.     Harness owns certain rights in and to Copyright Registration Number VAu 492-275 issued by the U. S. Registrar of Copyrights in Washington, D.C. for  photographs within said collection of images deposited with and covered by said registration **(Exhibit 2).**

14.     Harness's copyrights in the above-described work is presently valid and subsisting, and was valid and subsisting from the moment of its creation in the year 2000, and all conditions precedent to the filing of this suit have occurred.

## INFRINGEMENT FACTS

15.     On or about October 5, 2000, Harness delivered three print copies each of two images to Defendants.  The license authorized the prints to be used for display purposes, in accordance with the verbal desires of Wilson to hang them on the walls of his offices.  The agreement and license is attached hereto as **Exhibit 2A.**

16.     On or about August 20, 2003, Harness became aware that Defendants had, without authorization, made one of his images accessible to many Internet travel websites, advertising the availability of their hotel rooms for rent (**Exhibit 3, listing of URLs**).

17.     Plaintiff hired an attorney, who, on January 30, 2004, demanded that Defendants cease and desist from their use of Harness' copyrighted image (**Exhibit 4**). Defendants however, failed or refused to do so, and Harness was forced to demand that dozens of Internet hotel reservation websites cease and desist pursuant to the Digital Millenium Copyright Act (**Exhibit 5, sample letter**).

18.     Based on documents provided by Wilson and the Intervest-Bradford entities, it appears that the entity that caused Plaintiff's copyrighted image to be available for viewing on hundreds of internet hotel reservation web sites was Vantis USA, Inc. Because Vantis profited each time a reservation was placed using Plaintiff's image, it is therefore a joint or contributory infringer.

## CAUSES OF ACTION

19.     Thus, for many months, and without Plaintiff's authorization, Defendants have willfully infringed Plaintiff's copyrights in and to the above-described image by publishing and/or otherwise using, and/or by scanning, copying, and/or reproducing, or allowing unauthorized copies of said photograph to be displayed within and without the United States.

## CAUSATION/DAMAGES

20.     As a direct and proximate result of Defendants' above-described acts of copyright

infringement, Harness has sustained actual damages in an amount not yet ascertained, but which

is believed to be in excess of $100,000. Such actual damages include, but are not limited to,

lost profits and/or lost licensing revenue, research time tracking down and documenting the

infringements, and attorney time spent placing joint infringers on notice of the infringements

under the DMCA, and getting the image removed from many dozens of servers and web sites.

## RELIEF REQUESTED

21.     Harness demands an accounting by Defendants of their activities in connection with

their infringements of his copyrights in and to the above-described and attached photograph,

as well as their gross profits and income derived therefrom.

22.     Harness is entitled to and seeks to recover actual damages plus the profits of

Defendants attributable to the infringements.

23.     Alternative to actual damages and profits attributable to the infringements, because the

image was registered prior to Defendants' infringements, Harness is entitled to and seeks to

recover statutory damages up to but not exceeding $150,000 (One Hundred Fifty Thousand

Dollars), plus reasonable and necessary attorneys fees.

## HARNESS DEMANDS JUDGMENT AS FOLLOWS

24.     Defendants, their agents, employees and/or servants be enjoined *pendente lite* and

permanently from infringing Harness' copyright in any manner whatsoever, and from publishing

through any visual media, and from selling, marketing or otherwise distributing any of his

---

images;

25.    That Defendants be required to deliver up, under oath, for impounding during the pendency of this action, and for destruction thereafter, *all images* which infringe Harness' copyrights, and all prints, film negatives, magnetic tapes, digitally scanned and/or stored images, and all other articles by means of which such infringing copies may be reproduced, which are in the possession or under the direct or indirect control of Defendants;

26.    That Defendants be required to pay over to Harness his actual damages sustained, in addition to all their profits attributable to the infringements, and which are not taken into account in computing Harness' actual damages incurred as a result of Defendants' copyright infringements described herein;

27.    That Defendants provide an accounting of all gains, profits and advantages derived by them as a result of the willful and unlawful acts of copyright infringement above-described;

28.    That  Defendants pay to Harness his costs and attorney's fees;  and

29.    That Harness have such other and further relief as this court shall deem just and proper.

**Plaintiff, Brian Harness d/b/a Brian Harness Photography, demands a jury trial on all issues except the amount of his attorney's fees that are recoverable.**

Respectively submitted,

By:   _____

DANA LEJUNE
TBA #12188250
3006 BRAZOS STREET
Houston, Texas  77006
713/942-9898
713/942-9899 Facsimile
ATTORNEY FOR PLAINTIFF,
BRIAN HARNESS D/B/A
BRIAN HARNESS PHOTOGRAPHY

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument has been forwarded to all interested parties on this the 16th day of February, 2005.

_____
Dana A. LeJune

---

**PLAINTIFF'S FIRST AMENDED COMPLAINT**                                      **PAGE 7**





PLAINTIFF'S
EXHIBIT

CERTIFICATE OF REGISTRATION

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below.The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS

OFFICIAL SEAL

**FORM VA**

VAu 492-275

VA          VAU
EFFECTIVE DATE OF REGISTRATION

JUN 14 2000

Month          Day          Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1** TITLE OF THIS WORK ▼

PHOTOGRAPHS 2000 VOL. I

NATURE OF THIS WORK ▼ See instructions

PHOTOGRAPHS

PREVIOUS OR ALTERNATIVE TITLES ▼

Publication as a Contribution If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.    Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼          Number ▼          Issue Date ▼          On Pages ▼

**2** NAME OF AUTHOR ▼

**a** BRIAN HARNESS

DATES OF BIRTH AND DEATH
Year Born ▼          Year Died ▼
1958

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of ▶ U.S.A.
     Domiciled in ▶ U.S.A.

Was This Author's Contribution to the Work
Anonymous?          ☐ Yes  ☒ No
Pseudonymous?       ☐ Yes  ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

NOTE
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

NATURE OF AUTHORSHIP Check appropriate box(es). See instructions
☐ 3-Dimensional sculpture      ☐ Map              ☐ Technical drawing
☐ 2-Dimensional artwork        ☒ Photograph       ☐ Text
☐ Reproduction of work of art  ☐ Jewelry design   ☐ Architectural work

**b** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼          Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of ▶
     Domiciled in ▶

Was This Author's Contribution to the Work
Anonymous?          ☐ Yes  ☐ No
Pseudonymous?       ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Check appropriate box(es). See instructions
☐ 3-Dimensional sculpture      ☐ Map              ☐ Technical drawing
☐ 2-Dimensional artwork        ☐ Photograph       ☐ Text
☐ Reproduction of work of art  ☐ Jewelry design   ☐ Architectural work

**3** **a** Year In Which Creation of This Work Was Completed
2000
This information must be given in all cases.

**b** Date and Nation of First Publication of This Particular Work
Complete this information ONLY if this work has been published.
Month ▶          Day ▶          Year ▶          ◀ Nation

**4** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

BRIAN HARNESS
6009 CHALET COURT APT 3115
DALLAS TX 75205

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

See instructions before completing this space.

APPLICATION RECEIVED
JUN 14 2000
ONE DEPOSIT RECEIVED
JUN 14 2000
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

---

MORE ON BACK ▶    • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
                  • See detailed instructions.    • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ___ pages

PLAINTIFF'S EXHIBIT 2

EXAMINED BY ☑

FORM VA

CHECKED BY

☐ CORRESPONDENCE
   Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☑ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼   **Year of Registration** ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

**6**

a   See instructions before completing this space.

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

Architectural photographs. There are 175 photographs in this compilation.

b

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

**Name** ▼                                    **Account Number** ▼

**7**

a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/ZIP ▼

BRIAN HARNESS
6009 CHALET COURT APT 3115
DALLAS TX 75205

b

Area code and daytime telephone number ▶ ( 214 ) 739-4488        Fax number ▶ (    )

Email ▶ bharness@airmail.net

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the

check only one ▶
☑ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☐ authorized agent of  BRIAN HARNESS

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

**Typed or printed name and date** ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

BRIAN HARNESS                              Date ▶ MAY 12, 2000

Handwritten signature (X) ▼

X   *Brian Harness*

**Certificate will be mailed in window envelope to this address:**

**Name** ▼
BRIAN HARNESS

**Number/Street/Apt** ▼
PO BOX 70

**City/State/ZIP** ▼
TOLAR TX 76476

• Complete all necessary spaces
• Sign your application in space 8

1. Application form
2. Nonrefundable filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material

As of July 1, 1999, the filing fee for Form VA is $30.

Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

**9**

\*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

June 1999—100,000
WEB REV: June 1999

♻ PRINTED ON RECYCLED PAPER

☆U.S. GOVERNMENT PRINTING OFFICE: 1999-454-879/71

Note: URL's with more than one image are indicated with a (2x), (3x) etc. after the URL.

http://discountrates.1st-choice-
hotels.com/servlet/reservations.PropertyInformationXML/VE_SCB009/2ch
(2x)

http://discountrates.1st-choice-hotels.com/servlet/reservations.AvailabilityXML

http://www.1st-discount-dallas-hotels.net/Bradford-At-Lincoln-Park-Dallas.html

http://www.1st-
hotelrates.com/hotels_at_low_rates/united_states/texas/dallas/bradford_at_lincoln_park.ht
ml

http://www.1st-
hotelreservations.com/reservations/united_states/texas/dallas/bradford_at_lincoln_park.ht
ml

http://198.172.138.216/hotel/10006776-
11241971O.html?ses=655ba5978c2745765b43fb074b78792448

http://www.1st-
luxuryhotels.com/hotels/united_states/texas/dallas/bradford_at_lincoln_park.html

http://www.100kauaispots.com/hotels/United_States_of_America-201/Texas-
245/Highland_Park_115103_01.asp?CCheck=1

http://www.100kauaispots.com/hotels/United_States_of_America-201/Texas-
245/Highland_Park_115103_01.asp

http://www.accommodation-source.com/hotels/DFW_dallas/bradford_at_lincoln_park.html

http://reservations.accommodationscenter.com/nexres/search/power_results.cgi?ses=c77
c1eed2ea3931f709c01c39d53bdbd5e54646
(Partial URL)

http://reservations.accommodationscenter.com/hotel/1000476911241971O.html?ses=c77
c1eed2ea3931f709c01c39d53bdbd5e54646
(Partial URL)

http://accommodationfinders.com/usa/dallas.htm

PLAINTIFF'S
EXHIBIT
3

http://accommodationfinders.com/usa/dallas.htm
http://search.air-ticket-
deals.com/index.jsp?pageName=hotInfo&cid=71079&hotelID=170890&isHRN=false&hot
netrates=true&pageNumber=0mode=2&streetAddress=&city=Dallas&stateProvince=Tx&
postalCode=&country=Us&numberOfAdults=2&numberOfChildren=0&numberOfRooms=1
&mode=2&showPopUpMap=false&arrivalMonth=8&arrivalDay=26&departureMonth=8&d
epartureDay=28&destinationID=9ec71f54-3dbc-4901-8c8a-
9c9c85f5d42d&landmarkDestinationID=Please%20select...&hotelName=Bradford+Lincol
n+Park

http://search.air-ticket-
deals.com/index.jsp?pageName=hotAvail&cid=71079&isHotels=true&isCondos=false&h
otelID=170890&showPopUp=true

http://search.air-ticket-
deals.com/index.jsp?pageName=hotInfo&cid=71079&streetAddress=&city=Dallas&state
Province=Tx&postalCode=75225&country=Us&numberOfAdults=2&numberOfChildren=0
&numberOfRooms=1&mode=2&showPopUpMap=false&arrivalMonth=8&arrivalDay=26&
departureMonth=8&departureDay=28&destinationID=9ec71f54-3dbc-4901-8c8a-
9c9c85f5d42d&hotelID=170890&hotelName=Bradford+At+Lincoln+Park

http://search.air-ticket-
deals.com/index.jsp?pageName=hotInfo&cid=71079&hotelID=170890&isHRN=false&hot
netrates=true&pageNumber=0mode=2&streetAddress=&city=Dallas&stateProvince=Tx&
postalCode=&country=Us&numberOfAdults=2&numberOfChildren=0&numberOfRooms=1
&mode=2&showPopUpMap=false&arrivalMonth=8&arrivalDay=26&departureMonth=8&d
epartureDay=28&destinationID=9ec71f54-3dbc-4901-8c8a-
9c9c85f5d42d&landmarkDestinationID=Please%20select...&hotelName=Bradford+Lincol
n+Park
(2x)

http://search.air-ticket-
deals.com/index.jsp?pageName=hotAvail&cid=71079&isHotels=true&isCondos=false&h
otelID=170890&showPopUp=true

http://search.air-ticket-
deals.com/index.jsp?pageName=hotInfo&cid=71079&streetAddress=&city=Dallas&state
Province=Tx&postalCode=75225&country=Us&numberOfAdults=2&numberOfChildren=0
&numberOfRooms=1&mode=2&showPopUpMap=false&arrivalMonth=8&arrivalDay=26&
departureMonth=8&departureDay=28&destinationID=9ec71f54-3dbc-4901-8c8a-
9c9c85f5d42d&hotelID=170890&hotelName=Bradford+At+Lincoln+Park
(2x)

http://reservations.accommodationscenter.com/nexres/search/power_results.cgi?ses=c77
c1eed2ea3931f709c01c39d53bd5e54646

http://www.airgorilla.com/hotels.html

http://www.airgorilla.com/hotels.html

http://www.airgorilla.com/hotels.html
(2x)

http://www.airgorilla.com/hotels.html

http://www.airgorilla.com/hotels.html

http://www.airgorilla.com/hotels.html

http://www.airgorilla.com/hotels.html

http://www.airgorilla.com/hotels.html

http://www.airgorilla.com/hotels.html

http://webcenter.travel.aol.com/travel/air/travelhome2003.jsp

http://webcenter.travelocity.aol.com:80/hotsdetail.ctl?ht_rr_key=MMH%7C53434%7CY%7
C%7C%7C53434%7CN%7C53434%7C%7CVE%7C%7CS
(2x) (Partial URL)

http://webcenter.travelocity.aol.com:80/hotsdetail.ctl?ht_rr_key=MMH%7C53434%7CY%7
C%7C%7C53434%7CN%7C53434%7C%7CVE%7C%7CS
(2x) (Partial URL)

http://webcenter.travelocity.aol.com:80/hotsdetail.ctl?ht_rr_key=MMH%7C53434%7CY%7
C%7C%7C53434%7CN%7C53434%7C%7CVE%7C%7C7
(2x) (Partial URL)

http://dallastx.areaguides.net/hotels.html?l=T

http://affiliates.atlas.com/

http://reservations.bestdeals-hotels.com/hotel/10007374-
11241971O.html?ses=a3ee76f7da4bd14e6b3ba3af8a07c81352725

http://www.bestdeals-hotels.com/directory/Hotels/information/11241871.html

http://reservations.besthotel.com/nexres/search/power_results.cgi?ses=eb9ffd0f7c6019da
6aece3b48e999dc88542&src=10006219&clear_cache=&city=dallas&state=TX&country
=&zip=&avail=Y&doa_mm=09&doa_dd=09&dod_mm=09&dod_dd=10&num_adults=1&n

um_children=0&num_rooms=1&bed_type=NP&num_beds=1&smoking_pref=NP&currenc
y_id=USD&name=bradford&brand=&priceband=

http://reservations.besthotel.com/hotel/10006219-
11241971O.html?ses=eb9ffd0f7c6019da6aece3b48e999dc88542

http://reservations.besthotel.com/hotel/10007076-
11241971O.html?ses=a3ad76791962df3ea5567c20514c665e35121

http://reservations.besthotel.com/nexres/search/power_results.cgi?ses=a3ad76791962df
3ea5567c20514c665e35121&src=10007076&
(Partial URL)

http://www.besthotelsnetwork.com/cities/us/tx/dallas/bradford_at_lincoln_park.htm?ref=obh
xa160975

http://www.bestlodging.com/cities/united-states-texas-dallas.shtml

http://www.bestlodging.com/sites3/39041/index.shtml
(2x)

http://www.bestlodging.com/cgi-bin/webman/webman-search.cgi

http://reservations.biz-stay.com/hotel/10003787-11241971O.html

http://reservations.biz-stay.com/hotel/10003787-
11241971O.html?ses=c337f9f68af00c84b1b92e81c993288016932

http://www.bookmyroom.us/index.cfm
(2x)

http://www.budgethotels.com/hotellistings.php?Next=80&country=US&province=TX&city=
Dallas&SESSID+aa93d15a6fd575df
(Partial URL)


http://www.businesshotelreservation.ch/usa/texas/dallas/bradford-at-lincoln-park-
hotel.phtml

http://busopps.com/hotels/11241971.htm

http://busopps.com/hotels/11241971.htm

http://www.byrate.com/property_info/rww75/Dallas/TX/US/The_Bradford_at_Lincoln_Park/

http://www.carshotels.com/
(2x)

http://www.carshotels.com/

http://res.cheaptickets.com/servlet/reservations.AvailabilityXML
(2x)

http://res.cheaptickets.com/servlet/reservations.PropertyInformationXML/VE_SCB009/cpt
4
(2x)

http://res.cheaptickets.com/servlet/reservations.PropertyInformationXML/VE_SCB009/cpt
4
(2x)

http://res.cheaptickets.com/servlet/reservations.CitywideAvailabilityXML?country=US&gar
ea=Dallas%20Ft%20Worth&smokingpref=&inyear=2003&numrooms=1&inday=16&subm
it=Check%20Availability&namepref=bradford&es=&outyear=2003&outday=17&remote=c
pt4&state=TX&chainpref=&inmonth=10&city=Dallas&outmonth=10&numadults=2&bedpre
f=

http://res.cheaptickets.com/servlet/reservations.CitywideAvailabilityXML?properror=0&re
mote=cpt4&propcode=VE%3BSCB009&inmonth=10&numadults=2&mastercode=cpt&ou
tday=17&inyear=2003&fromcw=yes&numrooms=1&outyear=2003&outmonth=10&inday=
16&garea=Dallas+Ft+Worth&city=Dallas&state=TX&country=US&

http://res.cheaptickets.com/servlet/reservations.AvailabilityXML?propcode+VE;SCB009&r
emote=cpt4&mastercode+cpt&inmonth=10&inday
(2x) (Partial URL)

http://reservations.cheaptripsnetwork.com/hotel/10007064-11241971O.html

http://reservations.cheaptripsnetwork.com/hotel/10007064-
11241971O.html?ses=8b837ef7182f11fa582f790c40d4fe9c61885

ttp://reservations.cheaptripsnetwork.com/hotel/10007064-
11241971O.html?ses=8b837ef7182f11fa582f790c40d4fe9c61885

ttp://reservations.cheaptripsnetwork.com/hotel/10007064-
11241971O.html?ses=8b837ef7182f11fa582f790c40d4fe9c61885

ttp://reservations.cheaptripsnetwork.com/hotel/10007064-
11241971O.html?ses=8b837ef7182f11fa582f790c40d4fe9c61885

ttp://reservations.cheaptripsnetwork.com/hotel/10007064-
11241971O.html?ses=8b837ef7182f11fa582f790c40d4fe9c61885

ttp://reservations.cheaptripsnetwork.com/hotel/10007064-
11241971O.html?ses=8b837ef7182f11fa582f790c40d4fe9c61885

ttp://reservations.cheaptripsnetwork.com/hotel/10007064-
11241971O.html?ses=8b837ef7182f11fa582f790c40d4fe9c61885

ttp://reservations.cheaptripsnetwork.com/hotel/10007064-
11241971O.html?ses=8b837ef7182f11fa582f790c40d4fe9c61885

http://reservations.cheaptripsnetwork.com/hotel/10007064-11241971O.html?&lang=FRE

http://reservations.cheaptripsnetwork.com/hotel/10007064-11241971O.html?&lang=GER

http://reservations.cheaptripsnetwork.com/hotel/10007064-11241971O.html?&lang=ITL

http://reservations.cheaptripsnetwork.com/hotel/10007064-11241971O.html?&lang=NWG

http://www.cheephotels.co.uk/Dallas/The-Bradford-At-Lincoln-Park.htm

http://www.city-accommodation.com/hotels/DFW_dallas/170890.html

http://book.city-
accommodation.com/index.jsp?pageName=hotInfo&cid=56554&hotelID=170890&validat
eCity=true&submitted=true
(2x)

http://cityindex.com/detailstravel/1048250285.html

http://cssvc.res.travelocity.compuserve.com/hotel/HotelAvailability.do;jsessionid=3037D96
277B582AEA0587C8A5E954F22.p0318?SEQ=1107737442865162005

http://www.city-hotels-in.com/Dallas/The-Bradford-At-Park.htm

http://www.city-hotels-in.com/Dallas/The-Bradford-At-Lincoln-Park.htm

http://www.citystroll.com/hotels/us/LDC_the-bradford-at-lincoln-park.htm

http://www.clickdallas.com/bradford_at_lincoln_park.html

http://cssvc.travel.compuserve.com/travel/air/aironly.jsp

http://cssvc.travelocity.compuserve.com/hotscobrand.ctl?Source=03&SEQ=915019855572
2473
(2x)

http://cssvc.travelocity.compuserve.com:80/hotsavail.ctl?SEQ=106726616364353210272
003&LANG=EN

http://www.connectingrooms.com/us/hotels/TX/dallas/170890.htm
(2x)

http://www.connectingrooms.com/us/hotels/TX/dallas/170890.htm
(2x)

http://www.connectingrooms.com/us/hotels/TX/dallas/170890.htm

http://www.dallas-hotels-choice.com/hotel_details.cfm?hotelcode=VE_SCB009
(2x)

http://www.dallas-hotels-discounts-
reservations.com/Hotel_Rooms/Bradford_At_Lincoln_Park.htm

http://res.rooms.com/nexres/start-pages/travelpage.cgi?src=10011466

http://dallas-hotels-usa.com/The_bradford_at_lincoln_park-hotel.html

http://www.dallas-hotels-discounts-reservations.com/

http://hotels.dallas-hotels-
locator.com/servlet/reservations.PropertyInformationXML/VE_SCB009/locate-dal
(2x)

http://hotels.dallas-hotels-locator.com/servlet/reservations.AvailabilityXML
(2x)

http://dallas-hotels-usa.com/The_Bradford_at_Lincoln_Park-hotel.com

http://reservations.dallas-texas-hotels-1.com/hotel/10006976-112419710.html

http://reservations.dallas-texas-hotels-1.com/hotel/10006976-
112419710.html?ses=75832bcd8de2cf032233fc1fd7062b471795
(Partial URL)

http://www.dallashotelsgroup.com/hotels/bradford_lincoln_park.htm
(3x)

http://www.dallastexashotels.us/hotels_info/Dallas/TX/US/11241971/

http://hotels.dallas-
reservations.com/servlet/reservations.CitywideAvailabilityXML?country=US&inyear=2003
&numrooms=1&locatio
(Partial URL)

http://hotels.dallas-
reservations.com/servlet/reservations.AvailabilityXML?propcode=VE;SCB009&remote=d
allasguide&mastercode=
(2x) (Partial URL)

http://hotel.discount--hotels.org/BRADFORD_AT_LINCOLN_PARK.htm

http://save.discounttravel.com/index.jsp?pageName=hotAvail&cid=49157&isHotels=true&i
sCondos=false&hotelID=170890&showPopUp=true

http://save.discounttravel.com/index.jsp?pageName=hotInfo&cid=49157&streetAddress=
&city=Dallas&stateProvince=Tx&postalCode=75225&country=Us&numberOfAdults=2&nu
mberOfChildren=0&numberOfRooms=1&mode=2&showPopUpMap=false&arrivalMonth=
8&arrivalDay=30&departureMonth=9&departureDay=2&destinationID=9ec71f54-3dbc-
4901-8c8a-9c9c85f5d42d&hotelID=170890&hotelName=Bradford+At+Lincoln+Park

http://hotels.discount-dallas-
lodging.com/servlet/reservations.PropertyInformationXML/VE_SCB009/dalguide
(2x)

http://hotels.discount-dallas-
lodging.com/servlet/reservations.PropertyInformationXML/VE_SCB009/dalguide
(2x)

http://hotels.discount-dallas-lodging.com/servlet/reservations.CitywideAvailabilityXML

http://hotels.discount-dallas-lodging.com/servlet/reservations.AvailabilityXML
(2x)

http://www.discount-hotels-cheap-lodging-reservations.com/

http://www.discount-hotels-cheap-lodging-reservations.com/
(2x)

http://www.discount-hotels-cheap-lodging-reservations.com/
(2x)

http://save.discounttravel.com/index.jsp?pageName=hotInfo&cid=49157&hotelID=170890
&isHRN=false&hotnetrates=true&pageNumber=0mode=2&streetAddress=&city=Dallas&
stateProvince=Tx&postalCode=&country=Us&numberOfAdults=2&numberOfChildren=0&
numberOfRooms=1&mode=2&showPopUpMap=false&arrivalMonth=8&arrivalDay=30&d
epartureMonth=9&departureDay=2&destinationID=9ec71f54-3dbc-4901-8c8a-
9c9c85f5d42d&landmarkDestinationID=Please%20select...&hotelName=Bradford+Lincol
n+Park
(2x)

http://discounthotelmotelreservations.com/hotelreservation/US/TX/Dallas/VE-SCB009/
(2x)

http://reservations.lodging.com/servlet/reservations.AvailabilityXML
(2x)

http://save.discounttravel.com/index.jsp?pageName=hotInfo&cid=49157&hotelID=170890
&isHRN=false&hotnetrates=true&pageNumber
(2x)

http://save.discounttravel.com/index.jsp?pageName=hotAvail&cid=49157&isHotels=true&i
sCondos=false&hotelID=170890&shotPopUp=true

https://ww2.dotres.com/meridia?posid=3BL7&sid=m1r2r72mim2r9-
Ae:2A0981082DCAC09A3BC99A84F3ED61C9&

https://ww2.dotres.com/meridia?posid=3BL7&sid=m1r2r72mim2r9-
Ae:2A0981082DCAC09A3BC99A84F3ED61C9&

http://www.easytobook.net/hotelinfo/dallas/tx/usa/42275/

http://www.enews7.com/texas/dallas/the-bradford-at-lincoln-park.htm
(2x)

http://www.expedia.ca/pub/agent.dll?qscr=htfv&itid=&itdx=&itty=&from=f

http://www.expedia.ca/pub/agent.dll?qscr=dspv&flag=l&itid=&itdx=&itty=&from=f
(2x)

http://www.expedia.ca/pub/agent.dll?qscr=dspv&&itid=&itdx=&itty=&from=f
(2x)

http://www.expedia.com/pub/agent.dll?qscr=htfv&itid=&itdx=&itty=&from=f

http://www.expedia.com/pub/agent.dll?qscr=dspv&flag=l&itid=&itdx=&itty=&from=f

http://www.expedia.com/pub/agent.dll?qscr=dspv&itty=new&from=m&htid=480790
(2x)

http://www.expedia.com/pub/agent.dll?qscr=dspv&&itid=&itd=&itty=&from=m
(2x)

http://www.expedia.com/pub/agent.dll?qscr=dspv&&itid=&itd=&itty=&from=m
(2x)

http://www.expedia.com/pub/agent.dll?flag=q&qscr=dspv&hwrq=EX01B46621FFJGDC%24C8%24

http://www.expedia.com/pub/agent.dll?flag=q&qscr=dspv&hwrq=EX01B46621FFJGDC%24C8%24

http://www.expedia.com/pub/agent.dll?qscr=dspv&flag=l&itid=&itdx=&itty=&from=f

http://www.expedia.com/pub/agent.dll?qscr=dspv&flag=l&itid=&itdx=&itty=&from=f
(2x)

http://www.expedia.com/pub/agent.dll?qscr=dspv&flag=l&itid=&itdx=&itty=&from=f
(2x)

http://www.expedia.com/pub/agent.dll?qscr=dspv&flag=l&itid=&itdx=&itty=&from=f
(2x)

http://www.expedia.com/pub/agent.dll?qscr=dspv&flag=l&itid=&itdx=&itty=&from=f

http://www.expedia.com/pub/agent.dll?flag=q&qscr=dspv&hwrq=EX01B46621FFJGDC%
24C8%2429uz%245Fkuz1%2170K%24B82%21H0%
(Partial URL)

http://www.expedia.com/pub/agent.dll?qscr=dspv&itty=new&from=m&htid=480790
(2x)

http://www.expedia.com/pub/agent.dll?qscr=dspv&itty=new&from=m&htid=480790
(2x)

http://www.expedia.com/pub/agent.dll/qscr=dspv/itty=new/from=m/htid=480790/nojs=1/rfrr
=-20906/eapi=23708
(2x)

http://www.expedia.com/hotels/United_States_of_America-201/Texas-
245/Highland_Park-115103_01.asp

http://www.expedia.com/pub/agent.dll?qscr=dspv&itty=new&from=m&htid=480790&&zz=1
061650318168&

(2x)

http://www.expedia.com/hotels/United_States_of_America-201/Texas
245/University_Park-168544_01.asp

http://www.expedia.com/pub/agent.dll?qscr=cmhi&htid=480790&dsct=&dlvl=&rtmn=&rtmx
=&dcty=&loid=178253&tair=DFW&date1=&time1=&date2=&time2=&cAdt1=2&cmbt=2&
&zz=1062783412371&
(2x) (Partial URL)

http://www.expedia.com/pub/agent.dll?qscr=dspv&itty=new&from=m&htid=480790&&zz=1
062722822547&
(2x)

http://www.expedia.com/pub/agent.dll?qscr=cmhi&htid=480790&dsct=&dlvl=&rtmn=&rtmx
=&dcty=&loid=178253&tair=DFW&date1=&time1=&date2=&time2=&cAdt1=2&cmbt=2
(2x)

http://www.expedia.com/pub/agent.dll?qscr=cmhi&itid=&itdx=&itty=&ecid=&from=&tpst=
(2x)

http://www.expedia.com/pub/agent.dll?qscr=dspv&itty=new&from=m&htid=480790&&zz=1
062868103880&
(2x)

http://www.expedia.com/pub/agent.dll?qscr=dspv&itty=new&from=m&htid=480790&&zz=1
063122988659&
(2x)

http://www.expedia.com/pub/agent.dll?qscr=dspv&itty=new&from=m&htid=480790&&zz=1
063122988659&
(2x)

http://www.expedia.com/pub/agent.dll?qscr=htfv&itid=&itdx=&itty=&from=f

http://www.expedia.com/pub/agent.dll?qscr=dspv&flag=I&itid=&itdx=&itty=&from=f

http://www.expedia.com/pub/agent.dll?qscr=dspv&&itid=&itdx=&itty=&from=f
(2x)

http://www.expedia.com/pub/agent.dll?qscr=htfv&itid=&itdx=&itty=&from=f

http://www.expedia.com/pub/agent.dll?qscr=dspv&flag=I&itid=&itdx=&itty=&from=f

http://www.expedia.com/pub/agent.dll?qscr=dspv&&itid=&itdx=&itty=&from=f

(2x)

http://www.expedia.com/pub/agent.dll?qscr=htfv&itid=&itdx=&itty=&from=f

http://www.expedia.com/pub/agent.dll?qscr=dspv&flag=I&itid=&itdx=&itty=&from=f

http://www.expedia.com/pub/agent.dll?qscr=dspv&&itid=&itdx=&itty=&from=f
(2x)

http://www.expedia.com/pub/agent.dll?qscr=dspv&&itid=itdx=&itty=new&from=m
(2x)

http://www.expedia.com/pub/agent.dll?qscr=htfv&itid=&itdx=&itty=&from=f

http://www.expedia.com/pub/agent.dll?qscr=dspv&&itid=&itdx=&itty=&from=f
(2x)

http://www.expedia.com/pub/agent.dll?qscr=dspv&itty=new&from=m&htid=480790
(2x)

http://www.expedia.com/pub/agent.dll?qscr=dspv&&itid=itdx=&itty=new&from=m
(2x)

http://www.expedia.com/pub/agent.dll?qscr=dspv&&itid=itdx=&itty=new&from=m
(2x)

http://www.expedia.com/pub/agent.dll?qscr=dspv&itty=new&from=m&htid=480790&&zz=1
064636058041&
(2x)


http://www.expedia.co.uk/daily/hotels/Texas/UniversityPark.asp

http://www.expedia.co.uk/pub/agent.dll/qscr=dspv/htid=480790
(2x)

http://www.expedia.co.uk/pub/agent.dll?flag=q&qscr=dspv&hwrq=EX0100235FACJGDC
%24C8%2429uz%245Fkuz1%2170%214%24FF%21O01000%24E0%2480%24E9H%2
4E0%2480%24E9H0000%21O%24FF%21R010003%21901000100010110000%216%
24FF&htid=480790&itid=&itty=&itdx=&from=f&igrq=&pkdr1=&pkdr2=&pkdr3=&down=1&
subm=1&crti=0&pidx=0&feng=0&pmde=0&favl=0&date1=09-23-03&date2=09-25-
03&crom=1&cadu1=1&ckdr1=0&GO=Apply
(2x)

http://www.expedia.co.uk/pub/agent.dll?&&qscr=dspv&htid=480790&zz=1063237683637
&
(2x)

http://www.expedia.co.uk/pub/agent.dll?&&qscr=dspv/htid=480790&zz
(2x)

http://www.expedia.co.uk/pub/agent.dll?qscr=dspv&&itid=&itdx=&itty=&from=f
(2x)

http://www.expedia.co.uk/pub/agent.dll?qscr=dspv&itty=new&from=m&htid=480790
(2x)

http://www.expedia.co.uk/pub/agent.dll?qscr=htfv&itid=&itdx=&itty-&from=f

http://www.expedia.co.uk/pub/agent.dll?qscr=dspv&flag=l&itid=&itdx=&itty=&from=f
(2x)

http://www.expedia.co.uk/pub/agent.dll?&&qscr=dspv&htid=480790&zz=1107740827071
&

http://www.expedia.co.uk/pub/agent.dll?&&qscr=dspv/htid=480790&zz=1063237683637&

http://www.expedia.co.uk/pub/agent.dll?&&qscr=dspv&htid=480790&zz=1079462885088
&

http://www.expedia.com/hotels/United_States_of_America-201/Texas-
245/Highland_Park-115103_01.asp?CCheck=1

http://www.expedia.com/pub/agent.dll/qscr=dspv/itty=new/from=m/htid=480790/nojs=1/rfrr
=-20906/eapi=23708
(2x)

http://www.expedia.com/pub/agent.dll?&&qscr=dspv&itty=new&from=m&htid=480790&noj
s=1&rfrr=-20906&eapi=23708&
(2x) (Partial URL)

http://www.expedia.com/hotels/United_States_of_America-201/Texas-245/Seagoville-
6023673_01.asp

http://www.expedia.com/pub/agent.dll/qscr=dspv/itty=new/from=m/htid=480790/nojs=1/rfrr
=-20906/eapi=23708
(2x)

http://www.expedia.com/pub/agent.dll?qscr=dspv&&itid=&itdx=&itty=new&from=m
(2x)

http://www.expedia.com/pub/agent.dll?qscr=dspv&itty=new&from=m&htid=480790&&zz=1
079463029485&

http://www.expedia.com/pub/agent.dll?&&qscr=dspv&itty=new&from=m&htid=480790&noj
s=1&rfrr=-20906&eapi=23708&tpid=1

http://www.expedia.com/pub/agent.dll?qscr=cmhi&htid=480790&dsct=&dlvl=&rtmn=&rtmx
=&dcty=&loid=178253&tair=DFW&date1=&time1=&date2=&time2=&cAdt1=2&cmbt=2

http://www.expedia.voyages-
sncf.com/pub/agent.dll?qscr=dspv&htid=480790&&zz=1061594389448&

http://www.expedia.voyages-
sncf.com/pub/agent.dll?qscr=dspv&htid=480790&&zz=1061908942005&

http://expedia.voyages-sncf.com/pub/agent.dll?qscr=dspv&&itid=&itdx=&itty=&from=f
(2x)

http://expedia.voyages-sncf.com/pub/agent.dll?qscr=dspv&&itid=&itdx=&itty=&from=f
(2x)

http://expedia.voyages-sncf.com/pub/agent.dll?qscr=htfv&itid=&itdx=&itty=&from=f

http://www.expedia.voyages-sncf.com/pub/agent.dll?qscr=dspv&flag-
l&itid=&itdx=&itty=&from=f

http://expedia.voyages-
sncf.com/pub/agent.dll?qscr=dspv&htid=480790&&zz=1061594389448&&&zz=1107741
756690&

http://expedia.voyages-
sncf.com/pub/agent.dll?qscr=dspv&htid=480790&&zz=1061908942005&

http://www.faresrus.com/hotels/unitedstates/tx/dallas/bradfordatlincolnpark.htm

http://reservations.findlocalpages.com/hotel/10004999-11241971O.html

http://reservations.findlocalpages.com/nexres/search/power_results.cgi?src=10004999&cl
ear_cache=Y&lang=ENG&city=dallas&state=TX

http://reservations.findlocalpages.com/hotel/10004999-
112419710.html?ses=75dd953f6031759a12df6a7ffedae21767354

http://reservations.findlocalpages.com/hotel/10004999-
112419710.html?ses=0847c03e8e008bd7134395b4a858ab3b33065

http://reservations.findlocalpages.com/nexres/search/power_results.cgi?ses=3a09c2f541
1574c6ecdf9ad260729e6414127&src=100049

http://reservations.findlocalpages.com/hotel/10004999-
112419710.html?ses=3a09c2f5411574c6ecdf9ad260729e6414127

http://reservations.findlocalpages.com/hotel/10004999-
112419710.html?ses=3a09c2f5411574c6ecdf9ad260729e6414127

http://reservations.findlocalpages.com/nexres/search/power_results.cgi?ses=3a09c2f541
1574c6ecdf9ad260729e6414127&src=100049

http://reservations.findlocalpages.com/hotel/10004999-
112419710.html?ses=3a09c2f5411574c6ecdf9ad260729e6414127

http://reservations.findlocalpages.com/hotel/10004999-
112419710.html?ses=3a09c2f5411574c6ecdf9ad260729e6414127

http://reservations.findlocalpages.com/nexres/search/power_results.cgi?ses=3a09c2f541
1574c6ecdf9ad260729e6414127&src=100049

http://reservations.findlocalpages.com/hotel/10004999-
112419710.html?ses=3a09c2f5411574c6ecdf9ad260729e6414127

http://reservations.findlocalpages.com/hotel/10004999-
112419710.html?ses=3a09c2f5411574c6ecdf9ad260729e6414127

http://reservations.findlocalpages.com/nexres/search/power_results.cgi?ses=3a09c2f541
1574c6ecdf9ad260729e6414127&src=100049

http://reservations.findlocalpages.com/hotel/10004999-
112419710.html?ses=3a09c2f5411574c6ecdf9ad260729e6414127

http://reservations.findlocalpages.com/nexres/search/power_results.cgi?ses=3a09c2f541
1574c6ecdf9ad260729e6414127&src=100049

http://reservations.findlocalpages.com/hotel/10004999-
112419710.html?ses=3a09c2f5411574c6ecdf9ad260729e6414127

http://reservations.findlocalpages.com/nexres/search/power_results.cgi?ses=3a09c2f541
1574c6ecdf9ad260729e6414127&src=100049

http://reservations.findlocalpages.com/hotel/10004999-
11241971O.html?ses=3a09c2f5411574c6ecdf9ad260729e6414127

http://reservations.findlocalpages.com/nexres/search/power_results.cgi?ses=3a09c2f541
1574c6ecdf9ad260729e6414127&src=100049

http://reservations.findlocalpages.com/hotel/10004999-
11241971O.html?ses=3a09c2f5411574c6ecdf9ad260729e6414127

http://reservations.findlocalpages.com/nexres/search/power_results.cgi?ses=3a09c2f541
1574c6ecdf9ad260729e6414127&src=100049

http://reservations.findlocalpages.com/hotel/10004999-
11241971O.html?ses=508e05af693c6e208cd5881bcb25109e84623

http://reservations.findlocalpages.com/hotel/10004999-
11241971O.html?ses=75dd953f6031759a12df6a7ffedae21767354

http://reservations.findlocalpages.com/hotel/10004999-
11241971O.html?ses=0847c03e8ee008bd7134395b4a858ab3b33065

http://reservations.findlocalpages.com/nexres/search/power_results.cgi?src=10004999&cl
ear_cache=Y&lang=ENG&city=dallas&state=TX&country=&zip=&avail=Y&doa_mm=09&
doa_dd=13&dod_mm=09&dod_dd=14&num_adults=1&num_children=0&num_rooms=1
&bed_type=NP&num_beds=0&smoking_pref=NP&currency_id=&name=bradford&brand
=&priceband=

http://reservations.findlocalpages.com/nexres/search/power_results.cgi?ses=508e05af69
3c6e208cd5881bcb25109e84623&src=10004999&clear_cache=&city=dallas&state=TX
&country=&zip=&avail=Y&doa_mm=09&doa_dd=13&dod_mm=09&dod_dd=14&num_ad
ults=1&num_children=0&num_rooms=1&bed_type=NP&num_beds=0&smoking_pref=NP
&currency_id=&name=bradford&brand=&priceband=

http://reservations.findlocalpages.com/nexres/search/power_results.cgi?src=10004999&cl
ear_cache=Y&lang=DCH&city=dallas&state=TX&country=&zip=&avail=Y&doa_mm=09&
doa_dd=17&dod_mm=09&dod_dd=18&num_adults=1&num_children=0&num_rooms=1
&bed_type=NP&num_beds=0&smoking_pref=NP&currency_id=&name=the+bradford&br
and=&priceband=

http://reservations.findlocalpages.com/nexres/search/power_results.cgi?ses=3a09c2f541
1574c6ecdf9ad260729e6414127&src=10004999&clear_cache=&city=dallas&state=TX
&country=&zip=&avail=Y&doa_mm=09&doa_dd=13&dod_mm=09&dod_dd=14&num_ad

ults=1&num_children=0&num_rooms=1&bed_type=NP&num_beds=0&smoking_pref=NP
&currency_id=&name=the+bradford&brand=&priceband=

http://reservations.findlocalpages.com/nexres/search/power_results.cgi?ses=3a09c2f541
1574c6ecdf9ad260729e6414127&src=10004999&clear_cache=&city=dallas&state=&co
untry=&zip=&avail=Y&doa_mm=09&doa_dd=17&dod_mm=09&dod_dd=18&num_adults
=1&num_children=0&num_rooms=1&bed_type=NP&num_beds=0&smoking_pref=NP&c
urrency_id=&name=the+bradford&brand=&priceband=

http://reservations.findlocalpages.com/nexres/search/power_results.cgi?ses=3a09c2f541
1574c6ecdf9ad260729e6414127&src=10004999&clear_cache=&city=dallas&state=TX
&country=&zip=&avail=Y&doa_mm=09&doa_dd=17&dod_mm=09&dod_dd=18&num_ad
ults=1&num_children=0&num_rooms=1&bed_type=NP&num_beds=0&smoking_pref=NP
&currency_id=&name=the+bradford&brand=&priceband=

http://reservations.findlocalpages.com/nexres/search/power_results.cgi?ses=3a09c2f541
1574c6ecdf9ad260729e6414127&src=10004999&clear_cache=&city=dallas&state=TX
&country=&zip=&avail=Y&doa_mm=09&doa_dd=22&dod_mm=09&dod_dd=23&num_ad
ults=1&num_children=0&num_rooms=1&bed_type=NP&num_beds=0&smoking_pref=NP
&currency_id=&name=the+bradford&brand=&priceband=

http://reservations.findlocalpages.com/nexres/search/power_results.cgi?src=10004999&la
ng=ITL&clear_cache=Y&city=dallas&state=TX&country=&zip=&avail=Y&doa_mm=09&do
a_dd=17&dod_mm=09&dod_dd=18&num_adults=1&num_children=0&num_rooms=1&b
ed_type=NP&num_beds=0&smoking_pref=NP&currency_id=&name=the+bradford&bran
d=&priceband=

http://reservations.findlocalpages.com/nexres/search/power_results.cgi?src=10004999&cl
ear_cache=Y&lang=DCH&city=dallas&state=TX
(Partial URL)

http://reservations.findlocalpages.com/nexres/search/power_results.cgi?src=10004999&cl
ear_cache=Y&lang=GER&city=dallas&state=TX
(Partial URL)

http://reservations.findlocalpages.com/nexres/search/power_results.cgi?src=10004999&cl
ear_cache=Y&lang=ITL&city=dallas&state=TX
(Partial URL)

http://reservations.freehotelsearch.com/hotel/10005073-
11241971O.html?ses=bd86afbf6ac6ab6d8f427bbdef9ab82a37912

http://reservations.freehotelsearch.com/hotel/10005073-
11241971O.html?ses=0a4328648030d1616b9481983d39e8d891427

http://reservations.freehotelsearch.com/hotel/10005073-
11241971O.html?ses=d2cbfd001e1d110fbe60cf12976e5be934841

http://reservations.freehotelsearch.com/hotel/10005073-
11241971O.html?ses=e96ce2dc6da4b96c0161b7158608cb5644593

http://reservations.freehotelsearch.com/hotel/10005073-
11241971O.html?ses=c4b17ae887a893f1134733ee3a477f7452970

http://reservations.freehotelsearch.com/hotel/10005073-11241971O.html

http://reservations.freehotelsearch.com/nexres/search/power_results.cgi?ses=1eca1222a
dd92ff65b0b8afc980e14045974&src=1000507

http://reservations.freehotelsearch.com/hotel/10005073-
11241971O.html?ses=d2b2a9bab4263a2cfb13bf7fc25459a177095

http://reservations.freehotelsearch.com/nexres/search/power_results.cgi?ses=1eca1222a
dd92ff65b0b8afc980e14045974&src=10005073&clear_cache=&city=dallas&state=TX&
country=&zip=&avail=Y&doa_mm=10&doa_dd=01&dod_mm=10&dod_dd=03&num_adul
ts=2&num_children=0&num_rooms=1&bed_type=NP&num_beds=0&smoking_pref=NP&
currency_id=USD&name=bradford+&brand=&priceband=

http://dallas.funtastiktexas.com/Dallas/hotels/dallas_6g.html
(2x)

http://dallas.funtastiktexas.com/Dallas/hotels/dallas_6g.html
(2x)

http://www.gate54.com/north_america/US_TX/dallas/hotels/hotel_11241971.html

http://get-a-hotel.com/tx/properties/170890-i.html
(2x)

http://get-a-hotel.com/tx/properties/170890-i.html
(2x)

http://get-a-hotel.com/tx/properties/170890-i.html

http://www.globalhoteldeals.com/hotels/US/TX/Dallas+Hotels.html?alpha=t

http://gocheap.com

http://gocheap.com
(2x)

http://gocheap.com
(2x)

http://groovytravel.net/discounttravel/hotelmotel/us/Texas/Dallas/a/170890/

http://www.dallas.honesthotelreviews.com/hotel/dallas/bradford_at_lincoln_park.html

http://www.honesthotelreviews.com/hotel/dallas/bradford_at_lincoln_park.html

http://www.hotel-bidder.com/Texas/DALLAS/BRADFORD_AT_LINCOLN_PARK/index.html

http://www.hotel-booker.com/cgibin/hotel.cgi?hid=11241971

http://www.hotel-booker.com/cgibin/hotel.cgi?hid=11241971

http://www.hotel-booker.com/cgibin/hotel.cgi?hid=11241971

http://www.hotel-booker.com/cgibin/hotel.cgi?hid=11241971

http://www.hotel-booker.com/cgibin/hotel.cgi?hid=11241971

http://www.hotel-booker.com/cgibin/hotel.cgi?hid=11241971

http://www.hotel-booker.com/cgibin/hotel.cgi?hid=11241971

http://www.hotel-booker.com/cgibin/hotel.cgi?hid=11241971

http://www.hotel-booker.com/cgibin/hotel.cgi?hid=11241971

http://reservations.hotel-guides.us/hotel/10006044-112419710.html

http://reservations.hotel-guides.us/nexres/search/power_results.cgi?ses=834eb4bd4e1a83d3d0e24511b1abdca653050&src=10006044

http://reservations.hotel-guides.us/hotel/10006044-112419710.html?ses=3b7dae8cd5d3b354301a539486fcd2df81132

http://reservations.hotel-guides.us/hotel/10006044-112419710.html?ses=0f2f934bb56bbd02a991ef63289fabff8838

http://reservations.hotel-guides.us/hotel/10006044-112419710.html?ses=bcf48a378e8de9fb0d4f2c0620406d1e34437

http://reservations.hotel-guides.us/hotel/10006044-
11241971O.html?ses=9c0db3395d8d6200a61346a2c0b11c8442750

http://hotels.hotel-
helpline.com/servlet/reservations.CitywideAvailabilityXML?chainpref=&inmonth=9&country
=US&es=&remote=hh&searchletter=B&outyear=2003&numadults=2&outday=6&masterc
ode=hh&state=TX&smokingpref=&city=Dallas%20Ft%20Worth&outmonth=9&inyear=200
3&garea=Dallas%20Ft%20Worth&showNets=true&inday=5&bedpref=&numrooms=1&na
mepref=

http://hotels.hotel-
helpline.com/servlet/reservations.PropertyInformationXML/VE_SCB009/hh
(2x)

http://hotels.hotel-helpline.com/servlet/reservations.CitywideAvailabilityXML

http://www.hotel-rate-check.com/Dallas-Bradford-At-Lincoln-Park.htm
(2x)

http://www.hotel-rate-deals.com/hotel_discounts/DFW_dallas/170890.html

http://www.hotel-rate-
deals.com/index.jsp?pageName=hotAvail&cid71079&isHotels=true&isCondos=false&hot
elID=170890&shotPopUp=true

http://www.hotel-rates.com/us/texas/dallas/bradford-at-lincoln-park-170890.html
(2x)

http://www.hotel-rates.com/us/texas/dallas/bradford-at-lincoln-park.html

http://www.hotel-rates.com/scripts/hotel.php?req=hotelInfo&hotelID=170890

http://www.hotels-shopper.com/US_TX/DFW-c9-10.htm#BRADFORD_LINCOLN
(2x)

http://hotels-shopper.coml.asp?b=/US_TX/bar.htm&t=TravelNow+Reservaciones+--
+Recommend.org&u=http://travelno
(Partial URL)

http://www.hotelbookingdesk.com/united_states/tx/dallas/bradford_at_lincoln_park.php

http://ww.hotel-
rates.com/scripts/hotel.php?req=roomAvail&resType=hotel&currencyCode=USD&hotelID
=170890&hotelName=BRAD
(2x) (Partial URL)

http:///3.hotellocators.com/res/property.htm?id=pi&cart=1062535905448839&ran=43&QP
C=Dallas&QCN=US&QST=TX&NRM=
(Partial URL)

http://reservations.hotels-made-
simple.com/nexres/hotels/prop_page>cgi?src=10004868&hotels_id=11241971&header=
mybrand&foote
(Partial URL)

http://reservation.hotels-search-
engine.org/nexres/search/power_results.cgi?&=&avail=Y&bed_type=NP&brand=city=&cle
ar_cache=0&cou
(Partial URL)

http://www.hotels.com/property.jsp?mtnHotelID=33121&page=info&numadults=2&numchil
dren=0&numrooms=1&CIDay=22&CIMont
(2x) (Partial URL)

http://www.hotelus.com/fr/travel/index.jsp?locale=fr&cid=47399&pageName=hotInfo&cid=
47399&hotelID=170890&hotnetrates=true&mode=1

http://reservations.hotelfinderusa.com/hotel/10003904-11241971O.html

http://reservations.hotelfinderusa.com/hotel/10003904-
11241971O.html?ses=b8226151cd9b52ff3c1fb529acbc434b6759

http://secure2.hotelguidesales.com/travel/hotel/details.rvlx?id=113378&&checkin_month=
8&checkin_day=26&checkout_month=8&checkout_day=27&number_rooms=1&number_
per_room=2&hotel_rate=0&hotel_address=&hotel_city=Dallas&hotel_state=&hotel_count
ry=&hotel_zipcode=&search_distance=20&hotel_chain=&hotel_name=&start=1&ids=113
378&lat=328613&lng=-967707&hotel_latitude=32.8613&hotel_longitude=-
96.7707&pid=SCB009&chain=VE&city=Dallas&city_code=Dallas&name=The+Bradford
+At+Lincoln+Park

http://secure2.hotelguidesales.com/travel/hotel/availability.rvlx?SESSID=e5e5d3cfcb0701
ee18b3df19e91e45ad&name=The+Bradford+At+Lincoln+Park&hotel_latitude=32.8613&
hotel_longitude=-96.7707&lat=328613&lng=-
967707&id=113378&hotel_name=&hotel_address=&hotel_name=&hotel_country=&hotel
_state=&hotel_city=Dallas&ids=113378&use_first=1&checkin_month=9&checkin_day=8
&checkout_month=9&checkout_day=9&number_rooms=1&number_per_room=2
(2x)

http://secure2.hotelguidesales.com/travel/hotel/details.rvlx?id=113378&&checkin_month=
9&checkin_day=8&checkout_month=9&checkout_day=9&number_rooms=1&number_per

_room=2&hotel_rate=0&hotel_address=&hotel_city=Dallas&hotel_state=&hotel_country=
&hotel_zipcode=&search_distance=20&hotel_chain=&hotel_name=&start=1&ids=11337
8&lat=328613&lng=-967707&hotel_latitude=32.8613&hotel_longitude=-
96.7707&pid=SCB009&chain=VE&city=Dallas&city_code=Dallas&name=The+Bradford
+At+Lincoln+Park

http://secure2.hotelguidesales.com/travel/hotel/availability.rvlx?SESSID=e122a2f25ace4c
460814d1c790aa53f4&name=The+Bradford+At+Lincoln+Park&hotel_latitude=32.8613&
hotel_longitude=-96.7707&lat=328613&lng=-
967707&id=113378&hotel_name=&hotel_address=&hotel_name=&hotel_country=&hotel
_state=&hotel_city=Dallas&ids=113378&use_first=1&checkin_month=9&checkin_day=9
&checkout_month=9&checkout_day=10&number_rooms=1&number_per_room=2

http://www.hotelhelpline.com/hotel/hotelinfo.asp?mem=1279&searchbyname=yes&hotelid
=170890

http://www.hotelhelpline.com/hotel.hotelinfo.asp?mem=1286&searchbyname=yes&hotelid
=170890
(3x)

http://www.hotelhelpline.com/hotel/hotelinfo.asp?checkinmonth=09&checkinday=19&check
inyear=2003&checkoutmonth=09&checkoutday=22&checkoutyear=2003&numberOfAdult
s=1&mem=1281&hotelid=170890&searchtype=hotel&checkindate=09%2F19%2F2003&
checkoutdate=09%2F22%2F2003&numberOfBeds=1&image.x=54&image.y=8&searchty
pe=hotel&searchbyname=&norooms=yes

http://www3.hotellocators.com/res/property.htm?bk_source=PEG&rmnum=1&pid=SCB00
9&chn=VE&cart=1062535905448839&ran=58&QPC=Dallas&QCN=US&QST=TX&NRM
=1&NAD=1&NCH=0&ROC=1&NBD=1&NNT=1&CHN=VE&PID=SCB009&cdeyt=1&start
date=731833&rmrate=All

http://www3.hotellocators.com/res/hotelimge.htm?id=img&cart=1062535905448839&ran=
32&QPC=Dallas&QCN=US&QST=TX&NRM=1&NAD=1&NCH=0&ROC=1&NBD=1&NN
T=1&CHN=VE&PID=SCB009&cdeyt=1&startdate=731833&rmrate=All

http://dallas.hotellooking.com/the-bradford-at-lincoln-park-hotel-dallas-texas-tx.htm

http://hotel-reservations.hotelmotelnow.com/hotel/10003555-1124197lO.html

http://hotel-reservations.hotelmotelnow.com/hotel/10003555-
1124197lO.html?ses=ae2f743c0210dfd547f6a2690399c92c40047

http://www.hotelresdesk.com/united_states/tx/dallas_hotels/bradford_at_lincoln_park.php

http://res-
info.hotelroomsplus.com/servlet/reservations.PropertyInformationXML?propcode=VE;SC
B009&remote=hrp
(2x)

http://res-info.hotelroomsplus.com/servlet/reservations.AvailabilityXML
(2x)

http://travel.hotels-and-discounts.com/index.jsp?pageName=hotInfo&cid=59562&fc=list
(2x)

http://travel.hotels-and-
discounts.com/index.jsp;jsessionid=gaabwjleqOmmsQ?pageName=hotInfo&cid=59562&f
c=list
(2x)

http://travel.hotels-and-
discounts.com/index.jsp;jsessionid=gaabwjleqOmmsQ?pageName=hotInfo&cid=59562&
hotelID=170890&isHRN=false&hotnetrates=true&pageNumber=0mode=1

http://travel.hotels-and-
discounts.com/index.jsp;jsessionid=baa52UoXMWPDGV?pageName=hotInfo&cid=5956
2&hotelID=170890&isHRN=false&hotnetrates=true&pageNumber=0mode=1
(2x)

http://www.hotels-for-you.com/TX/TX_DALLAS_H/170890.htm
(2x)

http://www.hotels-for-you.com/TX/TX_DALLAS_H/170890.htm

http://www.hotels-lodging-reservations.com/north-america/united-
states/texas/dallas/the_bradford_at_lincoln_park.html

http://www.hotels-lodging-
reservations.com/servlet/reservations.PropertyInformationXML/VE_SCB009/hrl
(2x)

http://www.hotels-lodging-reservations.com/servlet/reservations.AvailabilityXML
(2x)

http://www.hotels-lodging-reservations.com/north-america/united-
states/texas/dallas/the_bradford_at_lincoln_park.html

http://reservations.hotels-made-simple.com/nexres/hotels/prop_page.cgi?src=10004868&hotels_ic

http://reservations.hotels-made-simple.com/nexres/hotels/prop_page.cgi?src=10004868-1124197lO.html?ses=07b6dd4d81e7cac81a7bd7943a0fc46352783

http://hotel.hotels-now.org/DALLAS-BRADFORD_AT_LINCOLN_PARK.htm
(3x)

http://www.hotels-rates.com/hotels_reservations/property/42275/

http://www.hotels-rates.com/hotels_reservations/property/42275/

http://www.hotels-search-engine.org/hotel/11241971

http://reservation.hotels-search-engine.org/hotel/10005534-1124197lO.html?ses=b97821ce95266581e073827328740ab594550

http://reservation.hotels-search-engine.org/hotel/10005534-1124197lO.html?ses=a37b2a2329741ecbea3ed215391d92d41290

http://reservation.hotels-search-engine.org/nexres/search/power_results.cgi?&=&avail=Y&bed_type=NP&brand=&city=&clear_cache=0&country=&currency_id=USD&doa_dd=12&doa_mm=09&dod_dd=13&dod_mm=09&footer=F-hse&header=H-hse&lang=&name=bradford&num_adults=1&num_beds=0&num_children=0&num_rooms=1&priceband=&ses=b97821ce95266581e073827328740ab594550&smoking_pref=NP&src=10005534&src_aid=&state=&zip=&rows=21

http://www.hotels-shopper.com/US_TX/DFW-c9-11.htm
(2x)

http://www.hotels-shopper.com/US_TX/DFW-c9-11.htm#BRADFORD_LINCOLN
(2x)

http://www.hotels.com/property.jsp?mtnHotelID=33121&page=info&numadults=2&numchildren=0&numrooms=1&CIDay=22&CIMonth=9&CIYear=2003&CODay=24&COMonth=9&COYear=2003&z_property=ALL&gds=3&thisPageNumber=1&qKey=null

http://www.hotels.net/dallas/the-bradford-at-lincoln-park-480790.htm

http://www.hotels.net/dallas/the-bradford-at-lincoln-park-480790.htm

http://hotelsandmore.com/tx/properties/170890-i.html
(2x)

http://hotelsandmore.com/tx/properties/170890-i.html
(2x)

http://hotelsandmore.com/tx/properties/170890-i.html

http://reservations.hotelsbycity.com/nexres/search/power_results.cgi?ses=48939472bbe1
70038f83ca110809224718317&src=10006204&clear_cache=&city=dallas&state=TX&c
ountry=US&zip=75225&avail=Y&doa_mm=10&doa_dd=25&dod_mm=10&dod_dd=26&n
um_adults=1&num_children=0&num_rooms=1&bed_type=NP&num_beds=0&smoking_p
ref=NP&currency_id=&name=bradford+&brand=&priceband=

http://reservations.hotelsbycity.com/hotel/10006204-
11241971O.html?ses=48939472bbe170038f83ca110809224718317

http://reservations.hotelsbycity.com/hotel/10006204-
11241971O.html?ses=15896b7a8050eac4c3921dfe10c3d59278222

http://reservations.hotelsbycity.com/nexres/search/power_results.cgi?ses=48939472bbe1
70038f83ca110809224718317&src=10006204

http://www.hotelscheap.org/hotel/hotelinfo.asp?hotelid=170890
(3x)

http://www.hotelscheap.org/hotel/hotelinfo.asp?mem=1289&searchbyname=yes&hotelid=
170890
(3x)

http://hotelsearchusa.com/Texas/VE_SCB009.htm
(2x)

http://hotelsearchusa.com/Texas/VE_SCB009.htm
(2x)

http://www.hotelshelp.com/hotel_information/42275/The_Bradford_at_Lincoln_Park/Dallas
/TX

http://www.hotelshelp.com/hotel_information/YLLCW/The_Bradford_at_Lincoln_Park/Dalla
s/TX

http://hotels.hotelsmax.net/servlet/reservations.PropertyInformationXML/VE_SCB009/max
(2x)

http://hotels.hotelsmax.net/servlet/reservations.CitywideAvailabilityXML

http://www.hotelsonline.com/redirect.php?p=45539

(2x)

http://www.hotelsonline.com/redirect.php?p=45539
(2x)

http://www.hotelsonline.com/redirect.php?p=4553

http://www.hotelus.com/travel/index.jsp?hotelID=170890&ccaa-hotel-reservations
(2x)

http://dallas-hotels.hotelus.com/hotel-bradford-at-lincoln-park-dallas-tx.html

http://www.hotelus.com/cheap_hotels_dallas_tx_us.html?namespec=bradford*lincoln+park

http://www.hotelus.com/travel/indexddttjsp?hotelID=170890&ccaa-hotel-reservations
(2x)

http://www.hotelus.com/es/cheap_hotels_dallas_tx_us.html?namespec=bradford+lincoln+park

http://www.hotelus.com/es/reserve-hotel-room-at-bradford-at-lincoln-park-dallas-tx-us-170890.html
(2x)

http://www.hotelus.com/es/travel/index.jsp?pageName=hotInfo&cid=47372&fc=list
(2x)

http://www.hotelus.com/es/travel/index.jsp?pageName=hotAvail&cid=47372&isHotels=true&isCondos=false&hotelID=170890&showPopUp=true
(2x)

http://www.hotelus.com/es/travel/index.jsp?pageName=hotInfo&cid=47372&streetAddress=&city=Dallas&stateProvince=Tx&postalCode=75225&country=Us&numberOfAdults=2&numberOfChildren=0&numberOfRooms=1&mode=2&showPopUpMap=false&arrivalMonth=8&arrivalDay=29&departureMonth=9&departureDay=1&destinationID=9ec71f54-3dbc-4901-8c8a-9c9c85f5d42d&hotelID=170890&hotelName=Bradford+At+Lincoln+Park

http://www.hotelus.com/fr/cheap_hotels_dallas_tx_us.html?namespec=bradford+lincoln+park

http://www.hotelus.com/fr/reserve-hotel-room-at-bradford-at-lincoln-park-dallas-tx-us-170890.html
(2x)

http://www.hotelus.com/fr/travel/index.jsp?pageName=hotInfo&cid=47372&fc=list
(2x)

http://www.hotelus.com/fr/travel/index.jsp?pageName=hotAvail&cid=47372&isHotels=true
&isCondos=false&hotelID=170890&showPopUp=true

http://www.hotelus.com/fr/travel/index.jsp?pageName=hotInfo&cid=47372&streetAddress=
&city=Dallas&stateProvince=Tx&postalCode=75225&country=Us&numberOfAdults=2&nu
mberOfChildren=0&numberOfRooms=1&mode=2&showPopUpMap=false&arrivalMonth=
8&arrivalDay=29&departureMonth=9&departureDay=1&destinationID=9ec71f54-3dbc-
4901-8c8a-9c9c85f5d42d&hotelID=170890&hotelName=Bradford+At+Lincoln+Park
(2x)

http://www.hotelus.com/it/cheap_hotels_dallas_tx_us.html?namespec=bradford+lincoln+pa
rk
(2x)

http://www.hotelus.com/it/reserve-hotel-room-at-bradford-at-lincoln-park-dallas-tx-us-
170890.html
(2x)

http://www.hotelus.com/it/travel/index.jsp?pageName=hotInfo&cid=47372&fc=list
(2x)

http://www.hotelus.com/it/travel/index.jsp?pageName=hotAvail&cid=47372&isHotels=true
&isCondos=false&hotelID=170890&showPopUp=true

http://www.hotelus.com/it/travel/index.jsp?pageName=hotInfo&cid=47372&streetAddress=
&city=Dallas&stateProvince=Tx&postalCode=75225&country=Us&numberOfAdults=2&nu
mberOfChildren=0&numberOfRooms=1&mode=2&showPopUpMap=false&arrivalMonth=
8&arrivalDay=29&departureMonth=9&departureDay=1&destinationID=9ec71f54-3dbc-
4901-8c8a-9c9c85f5d42d&hotelID=170890&hotelName=Bradford+At+Lincoln+Park
(2x)

http://www.hotelus.com/de/cheap_hotels_dallas_tx_us.html?namespec=bradford+lincoln+
park

http://www.hotelus.com/de/reserve-hotel-room-at-bradford-at-lincoln-park-dallas-tx-us-
170890.html
(2x)

http://www.hotelus.com/de/travel/index.jsp?pageName=hotInfo&cid=47372&fc=list
(2x)

http://www.hotelus.com/de/travel/index.jsp?pageName=hotAvail&cid=47372&isHotels=true&isCondos=false&hotelID=170890&showPopUp=true

http://www.hotelus.com/de/travel/index.jsp?pageName=hotInfo&cid=47372&streetAddress=&city=Dallas&stateProvince=Tx&postalCode=75225&country=Us&numberOfAdults=2&numberOfChildren=0&numberOfRooms=1&mode=2&showPopUpMap=false&arrivalMonth=8&arrivalDay=29&departureMonth=9&departureDay=1&destinationID=9ec71f54-3dbc-4901-8c8a-9c9c85f5d42d&hotelID=170890&hotelName=Bradford+At+Lincoln+Park

http://www.hugehoteldeals.com/countries/US-hotels/TX-hotels/Dallas-hotels/BRADFORD_AT_LINCOLN_PARK.asp

http://www.hugehoteldeals.com/countries/US-hotels/TX-hotels/DALLAS-hotels/BRADFORD_AT_LINCOLN_PARK.asp

http://travel.ian.com/index.jsp?pageName=hotInfo&cid=694&hotelID=170890&isHRN=false&hotnetrates=true&pageNumber=0mode=2&streetAddress=&city=Dallas&stateProvince=Tx&postalCode=&country=Us&numberOfAdults=2&numberOfChildren=0&numberOfRooms=1&mode=2&showPopUpMap=false&arrivalMonth=10&arrivalDay=4&departureMonth=10&departureDay=6&destinationID=9ec71f54-3dbc-4901-8c8a-9c9c85f5d42d&hotelName=Bradford+Lincoln+Park
(2x)

http://travel.ian.com/index.jsp?pageName=hotAvail&cid=76204&hotelID=170890&city=Dallas&state=TX&country=United%20
(2x) (Partial URL)

http://travel.ian.com/index.jsp?pageName=hotAvail&cid=71906&fc=list
(2x)

http://travel.ian.com/index.jsp?pageName=hotAvail&cid=694&isHotels=true&isCondos=false&hotelID=170890&showPopUp=true

http://travel.ian.com/index.jsp?pageName=hotInfo&cid=71906&hotelID=170890
(2x)

http://travel.ian.com/index.jsp?pageName=hotAvail&cid=71906&fc=list
(2x)

http://travel.ian.com/index.jsp?pageName=hotInfo&cid=82768&hotelID=170890
(2x)

http://travel.ian.com/index.jsp?pageName=hotInfo&cid=47047&hotelID=170890
(2x)

http://travel.ian.com/index.jsp;jsessionid=debUSTp5OWge?pageName=hotInfo&cid=4704
7&fc=list
(2x)

http://travel.ian.com/index.jsp?pageName=hotAvail&cid=47047&isHotels=true&isCondos
=false&hotelID=170890&showPopup=true

http://travel.ian.com/index.jsp?pageName=hotInfo&cid=47047&streetAddress=&city=Dall
as&stateProvince+Tx&postalCode=75225
(2x)

http://travel.ian.com/index.jsp?pageName=hotInfo&cid=2995&hotelID=170890&isHRN=F
alse&hotnetrates=true&pageNumber=0
(2x)

http://travel.ian.com/index.jsp?pageName=hotAvail&cid=2995&isHotels=true&icCondos=f
alse&hotelID=170890&showPopUp=true

http://travel.ian.com/index.jsp?pageName=hotInfo&cid=2995&streetAddress=&city=Dallas
&stateProvince+Tx&postalCode=75225
(2x) (Partial URL)

http://travel.ian.com/index.jsp?jsessionid=a0kuQau_bGD5?pageName=hotInfo&cid=5503
6&hotelID=170890&isHRN=false&hotne
(2x) (Partial URL)

http://travel.ian.com/index.jsp?pageName=hotInfo&cid=55036&fc=list
(2x)

http://travel.ian.com/index.jsp?pageName=hotAvail&cid=55036&isHotels=true&isCondos
=false&hotelID=170890&showPopup=true

http://travel.ian.com/index.jsp?pageName=hotInfo&cid=55036&streetAddress=&city=Dall
as&stateProvince=Tx&postalCode=75225
(2x)

http://travel.ian.com/index.jsp?pageName=hotInfo&cid=76584&hotelID=170890&isHRN=f
alse&hotnetrates=true&pageNumber=
(2x) (Partial URL)

http://travel.ian.com/index.jsp?pageName=hotInfo&cid=76584&fc=list
(2x)

http://travel.ian.com/index.jsp?pageName=hotInfo&cid=76584isHotels=true&isCondos=fal
se&hotelID=170890&showPopup=true

http://travel.ian.com/index.jsp?pageName=hotInfo&cid=76584&streetAddress=&city=Dall
as&stateProvince+Tx&postalCode=75225
(2x)

http://travel.ian.com/index.jsp?pageName=hotInfo&cid=47512&hotelID=170890&isHRN=f
alse&hotnetrates=true&pageNumber=
(2x) (Partial URL)

http://travel.ian.com/index.jsp?pageName=hotAvail&cid=47512&Hotels=true&isCondos=f
alse&hotelID=170890&showPopUp=true

http://travel.ian.com/index.jsp?pageName=hotInfo&cid=47512&streetAddress=&city=Dall
as&stateProvince+Tx&postalCode=75225
(2x)

http://travel.ian.com/index.jsp?pageName=hotInfo&cid=48292&streetAddress=&city=Dall
as&stateProvince+Tx&postalCode=75225

http://travel.ian.com/index.jsp?pageName=hotInfo&cid=48292&currencyCode=USD&hotel
ID=170890

http://travel.ian.com/index.jsp;jsessionid=ahe2Do0NviWh?pageName=hotIndo&cid=4829
2&fc=list

http://travel.ian.com/index.jsp?pageName=hotInfo&cid=79973&hotelID=170890&city=Dall
as&stateProvince=Tx&country=Us&ho
(Partial URL)

http://travel.ian.com/index.jsp?pageName=hotIndo&cid=79973&fc=list

http://travel.ian.com/index.jsp?pageName=hotInfo&cid=79973&streetAddress=&city=Dall
as&stateProvince+Tx&postalCode=75225


http://msxml.us.info.com/_1_2G9RU9704HV3Y8U__infocom.us/dog/imageresults.htm?&q
kw=the+bradford+at+lincoln+park&qcat=images&qk=10&method=0&top=1&fs=images&
ver=15243

http://reservations.informedtravel.com/nexres/search/power_results.cgi

http://reservations.informedtravel.com/hotel/10003498-
11241971O.html?ses=0369479ebf39a229d2e58f6f08b19a1311061

http://reservations.informedtravel.com/nexres/search/power_results.cgi?ses=ac31cd6613
091e6ac4120869e576564c7004&src=10003498&clear_cache=&city=dallas&state=&co

untry=&zip=&avail=Y&doa_mm=11&doa_dd=01&dod_mm=11&dod_dd=05&num_adults
=2&num_children=0&num_rooms=1&bed_type=NP&num_beds=0&smoking_pref=NP&c
urrency_id=USD&name=bradford&brand=&priceband=

http://reservations.informedtravel.com/hotel/10003498-
11241971O.html?ses=ac31cd6613091e6ac4120869e576564c7004

http://reservations.informedtravel.com/nexres/search/power_results.cgi?ses=3c02f5e2951
7de9447be4c5b820225b11155&src=10003498&clear_cache=&city=dallas&state=&cou
ntry=&zip=&avail=Y&doa_mm=10&doa_dd=19&dod_mm=10&dod_dd=20&num_adults=
2&num_children=0&num_rooms=1&bed_type=NP&num_beds=0&smoking_pref=NP&cur
rency_id=USD&name=bradford&brand=&priceband=

http://reservations.informedtravel.com/hotel/10003498-
11241971O.html?ses=3c02f5e29517de9447be4c5b820225b11155

http://reservations.informedtravel.com/nexres/search/power_results.cgi?ses=8bd356464d
4972ea48171c78914aeb1527293&src=10003498&clear_cache=&city=dallas&state=&c
ountry=&zip=&avail=Y&doa_mm=10&doa_dd=19&dod_mm=10&dod_dd=20&num_adult
s=2&num_children=0&num_rooms=1&bed_type=NP&num_beds=0&smoking_pref=NP&
currency_id=USD&name=bradford&brand=&priceband=

http://reservations.informedtravel.com/hotel/10003498-
11241971O.html?ses=8bd356464d4972ea48171c78914aeb1527293

http://reservations.informedtravel.com/nexres/search/power_results.cgi?ses=8bd356464d
4972ea48171c78914aeb1527293&src=10003498&clear_cache=&city=dallas&state=&c
ountry=&zip=&avail=Y&doa_mm=10&doa_dd=19&dod_mm=10&dod_dd=20&num_adult
s=2&num_children=0&num_rooms=1&bed_type=NP&num_beds=0&smoking_pref=NP&
currency_id=USD&name=bradford&brand=&priceband=

http://reservations.informedtravel.com/hotel/10003498-
11241971O.html?ses=8bd356464d4972ea48171c78914aeb1527293

http://reservations.informedtravel.com/nexres/search/power_results.cgi?ses=8bd356464d
4972ea48171c78914aeb1527293&src=10003498&clear_cache=&city=dallas&state=&c
ountry=&zip=&avail=Y&doa_mm=09&doa_dd=19&dod_mm=09&dod_dd=20&num_adult
s=2&num_children=0&num_rooms=1&bed_type=NP&num_beds=0&smoking_pref=NP&
currency_id=USD&name=bradford&brand=&priceband=

http://reservations.informedtravel.com/hotel/10003498-
11241971O.html?ses=8bd356464d4972ea48171c78914aeb1527293

http://reservations.informedtravel.com/nexres/search/power_results.cgi?ses=8bd356464d
4972ea48171c78914aeb1527293&src=10003498&clear_cache=&city=dallas&state=&c

ountry=&zip=&avail=Y&doa_mm=11&doa_dd=19&dod_mm=11&dod_dd=20&num_adult
s=2&num_children=0&num_rooms=1&bed_type=NP&num_beds=0&smoking_pref=NP&
currency_id=USD&name=bradford&brand=&priceband=

http://reservations.informedtravel.com/hotel/10003498-
11241971O.html?ses=8bd356464d4972ea48171c78914aeb1527293

http://reservations.informedtravel.com/nexres/search/power_results.cgi?ses=8bd356464d
4972ea48171c78914aeb1527293&src=10003498&clear_cache=&city=dallas&state=&c
ountry=&zip=&avail=Y&doa_mm=09&doa_dd=19&dod_mm=09&dod_dd=20&num_adult
s=2&num_children=0&num_rooms=1&bed_type=NP&num_beds=0&smoking_pref=NP&
currency_id=USD&name=bradford&brand=&priceband=

http://reservations.informedtravel.com/nexres/search/power_results.cgi?ses=8bd356464d
4972ea48171c78914aeb1527293&src=10003498&clear_cache=&city=dallas&state=&c
ountry=&zip=&avail=Y&doa_mm=09&doa_dd=19&dod_mm=09&dod_dd=20&num_adult
s=2&num_children=0&num_rooms=1&bed_type=NP&num_beds=0&smoking_pref=NP&
currency_id=USD&name=bradford&brand=&priceband=

http://reservations.informedtravel.com/hotel/10003498-
11241971O.html?ses=8bd356464d4972ea48171c78914aeb1527293

http://reservations.informedtravel.com/nexres/search/power_results.cgi?ses=8bd356464d
4972ea48171c78914aeb1527293&src=10003498&clear_cache=&city=dallas&state=&c
ountry=&zip=&avail=Y&doa_mm=09&doa_dd=19&dod_mm=09&dod_dd=20&num_adult
s=2&num_children=0&num_rooms=1&bed_type=NP&num_beds=0&smoking_pref=NP&
currency_id=USD&name=bradford&brand=&priceband=

http://reservations.informedtravel.com/hotel/10003498-
11241971O.html?ses=8bd356464d4972ea48171c78914aeb1527293

http://reservations.informedtravel.com/nexres/search/power_results.cgi?ses=8bd356464d
4972ea48171c78914aeb1527293&src=10003498&clear_cache=&city=dallas&state=&c
ountry=&zip=&avail=Y&doa_mm=09&doa_dd=19&dod_mm=09&dod_dd=20&num_adult
s=2&num_children=0&num_rooms=1&bed_type=NP&num_beds=0&smoking_pref=NP&
currency_id=USD&name=bradford&brand=&priceband=
(Nrowegian)

http://reservations.informedtravel.com/hotel/10003498-
11241971O.html?ses=8bd356464d4972ea48171c78914aeb1527293

http://www.internet-hotel-company.com/TX/TX_DALLAS_H/170890.htm
(3x)

http://www.internet-hotel-company.com/TX/TX_DALLAS_H/170890.htm

http://internethoteldiscounts.com/findhotel-goto.cfm/170890
(2x)

http://internethoteldiscounts.com/showhotel.cfm/170890/BRADFORD%20AT%LINCOLN%
20PARK/DALLAS/TX

http://isearchhotels.com/HotelDetails.cfm?hotelID=170890

http://reservations.just-
hotels.com/nexres/hotels/prop_page.cgi?src=10004867&view=BASIC&hotels_id=11241
971&header=jh&footer=jh

http://reservations.just-hotels.com/hotel/10004867-
11241971O.html?ses=e622a2b683c9df76438d1ac9fb3e61fe2703

http://www.keywordhotels.com/11241971.html
(2x)

http://www.lastminutetravel.com/LMT/pages/001_lmt_searchresults.jsp?checkoutdate=11
%2F5%2F2003&brands=&completionStatus=f
(Partial URL)

http://www.lastminutetravel.com/LMT/pages/001_lmt_offerdetails.jsp?siteid=LMTCOM&pa
geid=98&requestId=4910829&lodgingId=4
(Partial URL)

http://hotels.leisure-planet.com/servlet/reservations.CitywideAvailabilityXML

http://hotels.leisure-planet.com/servlet/reservations.AvailabilityXML
(2x)

http://hotels.leisure-
planet.com/servlet/reservations.AvailabilityXML?propcode=VE;SCB009&remote=leisguid
e&mastercode=ink&inmonth=10&inday=1&inyear=2003&outmonth=10&outday=2&outyea
r=2003&numadults=1&numrooms=1&fromcw=yes

http://hotels.leisure-
planet.com/servlet/reservations.AvailabilityXML?propcode=VE;SCB009&remote=leisguid
e&mastercode=ink&inmonth=10&inday=1&inyear=2003&outmonth=10&outday=2&outyea
r=2003&numadults=1&numrooms=1&fromcw=yes

http://hotels.leisure-
planet.com/servlet/reservations.AvailabilityXML?propcode=VE;SCB009&remote=leisguid
e&mastercode=ink&inmonth=10&inday=1&inyear=2003&outmonth=10&outday=2&outyea
r=2003&numadults=1&numrooms=1&fromcw=yes